**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

AUG 17 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, | ) ) ) ) | 05 - 405 |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION FILE NO.: _____ 1 04 CV 2402 |
| SRI INTERNATIONAL, a California Corporation, | ) ) ) ) | |
| Defendant. | ) | |

CORPORATE DISCLOSURE STATEMENT
OF INTERNET SECURITY SYSTEMS, INC.

Pursuant to and in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Internet Security Systems, Inc., by and through its undersigned counsel, hereby states that its parent corporation, Internet Security Systems, Inc., a corporation organized and existing under the laws of the State of Delaware, owns 10 percent or more of its stock.


RECEIVED JUN 16 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

- 2 -

Respectfully submitted, this 17th day of August, 2004.

       KING & SPALDING LLP

       */s/ Natasha H. Moffitt*
       Holmes J. Hawkins III
        (Ga. Bar No. 338681)
       Natasha H. Moffitt
        (Ga. Bar No. 367468)
       191 Peachtree Street
       Atlanta, Georgia 30303-1763
       Ph: (404) 572-4600
       Fax: (404) 572-5100

       Attorneys for Plaintiff
       INTERNET SECURITY SYSTEMS, INC.