**ORIGINAL**

FILED IN CLERK'S OFFICE
J.S.D.C.-Atlanta

SEP 7 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION FILE NO.: 1:04-CV-2402 -CC |
| v. | ) ) | |
| SRI INTERNATIONAL, a California Corporation, | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF FILING RETURN OF SERVICE

Pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, plaintiff INTERNET SECURITY SYSTEMS, INC. hereby files this Notice Of Filing Return Of Service to notify the Court that defendant SRI INTERNATIONAL ("SRI") has been served with the summons and complaint in the above-referenced action. Service of process was effected on SRI's registered agent for service of process, CT Corporation System, on August 30, 2004, as evidenced by the Return of Service attached hereto.

RECEIVED JUN 16 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE



Respectfully submitted, this 9th day of September, 2004.

        KING & SPALDING LLP

        */s/ Natasha H. Moffitt*
        Holmes J. Hawkins III
          (Ga. Bar No. 338681)
        Natasha H. Moffitt
          (Ga. Bar No. 367468)
        191 Peachtree Street
        Atlanta, Georgia 30303-1763
        Ph:   (404) 572-4600
        Fax:  (404) 572-5100

        Attorneys for Plaintiff
        INTERNET SECURITY SYSTEMS, INC.

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern   District of   Georgia

INTERNET SECURITY SYSTEMS, INC.
    Plaintiff,

V.

SRI INTERNATIONAL,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **1 04 CV 2402**

TO: (Name and address of Defendant)

    SRI INTERNATIONAL
    c/o CT Corporation System
    1201 Peachtree Street, N. E.
    Atlanta, Georgia 30361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Holmes J. Hawkins III, Esq.
    King & Spalding LLP
    191 Peachtree Street, Suite 4900
    Atlanta, Georgia 30303-1763

an answer to the complaint which is herewith served upon you, within ____Twenty (20)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                      8.17.04

CLERK                                        DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the summons and complaint was made by me | DATE<br>August 30, 2004 @ 4:35 pm |
| NAME OF SERVER<br>Johnny Henderson | TITLE<br>PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left _____

☐ Returned unexecuted: _____

☑ Other ( specify): Served SRI International by personally serving Lynn MacDonald of C.T. Corporation System, Registered Agent, at her business located at 1201 Peachtree Strreet, #1240, Atlanta, GA 30361.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9-1-04
                Date                               Signature of Server

MLQ ATTORNEY SERVICE
2110 POWERS FERRY ROAD
SUITE 305
ATLANTA, GA 30339
1-800-446-8794

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing NOTICE OF FILING RETURN OF SERVICE upon defendant, by causing a true and correct copy thereof to be deposited in the U.S. Mail, postage prepaid, addressed to the defendant's registered agent as follows:

>CT Corporation System
>1201 Peachtree Street NE
>Atlanta, Georgia 30361

This 9th day of September, 2004.

*Natasha H. Moffitt* (signature)
Natasha H. Moffitt