

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Civil Action No. 04-CV-2402-CC<br><br>0 5 -  4 0 5 |

### SRI INTERNATIONAL, INC.'S MOTION TO FILE EXHIBITS M AND N TO ABRAMSON DECLARATION UNDER SEAL

Defendant SRI International, Inc. is filing this motion to dismiss plaintiff's complaint for declaratory judgment for lack of subject matter jurisdiction. The Declaration of Richard H. Abramson supporting defendant's motion contains exhibits that have been designated by the parties as confidential.

Accordingly, defendant seeks leave of this Court to present Exhibits M and N to the Declaration of Richard H. Abramson in Support of SRI International, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. Proc. § 12(b)(1) for filing under seal on the ground that those exhibits reveal confidential information.

The exhibits contain confidential information that qualifies for a protective order requiring the filing of documents under seal pursuant to Rule 26(c), and defendant intends to seek a consent protective order to this effect in the event that this litigation continues. Because it could not request such consent before filing these papers, defendant seeks leave to file them under seal at this time.

Dated: September 20, 2004

_____
John L. North (GA Bar No. 545580)
Ann G. Fort (GA Bar No. 269995)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

Howard G. Pollack (CA Bar No. 162897)
Michael J. Curley (CA Bar No. 230343)
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Attorneys for Defendant
SRI INTERNATIONAL, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant, | Civil Action No. 04-CV-2402-CC |

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on September 20, 2004 a copy of the within and foregoing **SRI INTERNATIONAL, INC.'S MOTION TO FILE EXHIBITS M AND N TO ABRAMSON DECLARATION UNDER SEAL** was served upon counsel for Plaintiff, properly addressed as designated below:

### VIA HAND DELIVERY

Holmes J. Hawkins, III
Natasha Horne Moffitt
King & Spalding
191 Peachtree Street N.E.
Atlanta, GA  30303-1763

Attorneys for Plaintiff
Internet Security Systems, Inc.

_____
ANN G. FORT

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D, the undersigned counsel hereby certifies that the foregoing **SRI INTERNATIONAL, INC.'S MOTION TO FILE EXHIBITS M AND N TO ABRAMSON DECLARATION UNDER SEAL** complies with the font and point selections approved by the Court in LR 5.1B. The foregoing Memorandum was prepared on a computer using the Times New Roman font (14 point).

_____
ANN G. FORT




RECEIVED IN CLERK'S OFFICE Atlanta

SEP 2 0 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Civil Action No. 04-CV-2402-CC |

### ORDER GRANTING SRI INTERNATIONAL, INC.'S MOTION TO FILE UNDER SEAL

This Court having read and considered defendant's Motion to File Under Seal, and having found good cause therefor,

IT IS HEREBY ORDERED that defendant may file under seal Exhibits M and N to the Declaration of Richard H. Abramson in Support of SRI International, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. Proc. § 12(b)(1).

Dated: September ____, 2004

_____
CLARENCE COOPER
Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant, | Civil Action No. 04-CV-2402-CC |

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on September 20, 2004, a copy of the within and foregoing **ORDER GRANTING SRI INTERNATIONAL, INC.'S MOTION TO FILE UNDER SEAL** was served upon counsel for Plaintiff, properly addressed as designated below:

### VIA HAND DELIVERY

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha Horne Moffitt<br>King & Spalding<br>191 Peachtree Street N.E.<br>Atlanta, GA 30303-1763 | Attorneys for Plaintiff<br>Internet Security Systems, Inc. |

_____
ANN G. FORT