AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern District of Georgia

INTERNET SECURITY SYSTEMS, INC.
    Plaintiff,

V.

SRI INTERNATIONAL,
    Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1 04 CV 2402

TO: (Name and address of Defendant)

    SRI INTERNATIONAL
    c/o CT Corporation System
    1201 Peachtree Street, N. E.
    Atlanta, Georgia 30361

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Holmes J. Hawkins III, Esq.
    King & Spalding LLP
    191 Peachtree Street, Suite 4900
    Atlanta, Georgia 30303-1763

an answer to the complaint which is herewith served upon you, within ——Twenty (20)—— days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                 8·17·04

CLERK                                          DATE

*JKHinck*
(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

　　I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.