8months, CLOSED

# U.S. District Court
## Northern District of Georgia (Atlanta)
### CIVIL DOCKET FOR CASE #: 1:04-cv-02402-CC
### Internal Use Only

Internet Security Systems, Inc. v. SRI International
Assigned to: Judge Clarence Cooper
Cause: 28:1338 Patent Infringement

Date Filed: 08/17/2004
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Internet Security Systems, Inc.**
*a Georgia Corporation*

represented by **Holmes J. Hawkins, III**
King & Spalding - Atl
191 Peachtree Street, N.E.
Suite 4900
Atlanta, GA 30303-1763
404-572-4600
Email: hhawkins@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Horne Moffitt**
King & Spalding
191 Peachtree Street, N.E.
Atlanta, GA 30303-1763
404-572-2783
Email: nmoffitt@kslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



V.

**Defendant**



**SRI International**
*a California Corporation*

represented by **Ann Grunewald Fort**
Sutherland Asbill & Brennan
999 Peachtree Street, N.E.
Suite 2300
Atlanta, GA 30309-3996
404-853-8493
Email: ann.fort@sablaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*



**Frank E. Scherkenbach**

Fish & Richardson
225 Franklin Street
Boston, MA 02110-2804
617-542-5070
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard G. Pollack**
Fish & Richardson
Suite 500
500 Arguello St.
Redwood City, CA 94063
650-839-5070
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael J. Curley**
Fish & Richardson
Suite 500
500 Arguello St.
Redwood City, CA 94063
650-839-5070
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/17/2004 | 1 | COMPLAINT filed and summon(s) issued. Consent form to proceed before U.S. Magistrate and pretrial instructions given to attorney ( Filing fee $ 150 receipt number 525967.), filed by Internet Security Systems, Inc.. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C-1# 4 Exhibit C-2# 5 Exhibit D# 6 Errata E# 7 Exhibit F# 8 Summons)(vs) (Entered: 08/24/2004) |
| 08/17/2004 | 2 | Corporate Disclosures pursuant to Rule 7.1 by Internet Security Systems, Inc..(vs) (Entered: 08/24/2004) |
| 09/09/2004 | 3 | NOTICE Of Filing return of service by Internet Security Systems, Inc. (vs) (Entered: 09/13/2004) |
| 09/20/2004 | 4 | MOTION to Seal Exhibit M and N to Abramson declaration by SRI International. (Attachments: # 1 Proposed order)(vs) (Entered: 09/23/2004) |
| 09/20/2004 | 5 | MOTION to Dismiss with Brief In Support by SRI International. (Attachments: # 1 Declaration of Richard H. Abramson# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I# 11 Exhibit J# 12 Exhibit K# 13 Exhibit L)(Exhibits M & N FILED UNDER SEAL)(vs) Modified on 9/23/2004 to |

| | | |
|---|---|---|
| | | correct spelling(vs). (Entered: 09/23/2004) |
| 09/20/2004 | 6 | APPLICATION for Admission of Michael J. Curley Pro Hac Vice by SRI International. Filing Fee received $150.00, Receipt #527360. (Attachments: # 1 Proposed order# 2 receipt)(vs) (Entered: 09/24/2004) |
| 09/20/2004 | 7 | APPLICATION for Admission of Howard G. Pollack Pro Hac Vice by SRI International. Filing Fee received $150.00, Receipt #527358. (Attachments: # 1 Proposed order)(vs) (Entered: 09/24/2004) |
| 10/04/2004 | 8 | MOTION to Seal Memo in opposition to SRI International, Inc's Motion to dismiss; declaration of Sean Bowen and Declaration of W/ Scott Petty. by Internet Security Systems, Inc.. (Attachments: # 1 Proposed order)(vs) (Entered: 10/06/2004) |
| 10/04/2004 | | RESPONSE in Opposition re 5 MOTION to Dismiss filed by Internet Security Systems, Inc. t/w declaration of Sean Bowen and W. Scott Petty (FILED UNDER SEAL) (vs) (Entered: 10/06/2004) |
| 10/05/2004 | 9 | ORDER granting 7 Application for Admission Pro Hac Vice for Howard G. Pollack. Signed by Judge Clarence Cooper on 10/5/04. (vs) (Entered: 10/13/2004) |
| 10/06/2004 | | Submission of 7 APPLICATION for Admission of Howard G. Pollack Pro Hac Vice, 8 MOTION to Seal Document, 4 MOTION to Seal Document, 6 APPLICATION for Admission of Michael J. Curley Pro Hac Vice, submitted to District Judge Clarence Cooper. (vs) (Entered: 10/06/2004) |
| 10/12/2004 | 10 | ORDER granting 6 Application for Admission Pro Hac Vice for Michael J. Curley. Signed by Judge Clarence Cooper on 10/12/04. (vs) (Entered: 10/15/2004) |
| 10/18/2004 | 13 | REPLY BRIEF in support of 5 MOTION to Dismiss filed by SRI International. (Attachments: # 1 Supplemental Declaration of Richard H. Abramson)(vs) (Entered: 10/22/2004) |
| 10/20/2004 | 11 | Certificate of Interested Persons by Internet Security Systems, Inc., SRI International. (Moffitt, Natasha) (Entered: 10/20/2004) |
| 10/20/2004 | 12 | PRELIMINARY REPORT AND DISCOVERY SCHEDULE filed by Internet Security Systems, Inc., SRI International. (Moffitt, Natasha) (Entered: 10/20/2004) |
| 10/26/2004 | | Submission of Response in Opposition to Motion, 13 Reply Brief, 5 MOTION to Dismiss, submitted to District Judge Clarence Cooper. (vs) (Entered: 10/26/2004) |
| 11/12/2004 | 14 | Endorsed ORDER on 12 Preliminary Report and Discovery Schedule Signed by Judge Clarence Cooper on 11/12/04. (vs) (Entered: 11/18/2004) |
| 12/03/2004 | 15 | APPLICATION for Admission of Frank E. Scherkenbach Pro Hac Vice by SRI International. Filing Fee received $150.00, Receipt #530499. (vs) (Entered: 12/14/2004) |

| | | |
|---|---|---|
| 12/08/2004 | 16 | ORDER granting 15 Application for Admission Pro Hac Vice Frank E. Scherkenbach. Signed by Judge Clarence Cooper on 12/8/04. (vs) (Entered: 12/14/2004) |
| 04/15/2005 | 17 | NOTICE by SRI International *of Order in Related Case* (Attachments: # 1 # 2)(Fort, Ann) (Entered: 04/15/2005) |
| 04/26/2005 | 18 | NOTICE Of Filing motion for leave to amend cmp in related case by SRI International (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit 2)(vs) (Entered: 04/28/2005) |
| 05/05/2005 | 19 | DOCUMENT FILED IN ERROR NOTICE by SRI International *of Order Granting Motion to Amend the Complaint in Related Case* (Fort, Ann) (vs). (Entered: 05/05/2005) |
| 05/05/2005 | 20 | NOTICE by SRI International *of Order Granting Motion to Amend the Complaint in Related Case (Corrected Filing)* (Fort, Ann) (Entered: 05/05/2005) |
| 05/24/2005 | 21 | NOTICE Of Filing Answer and Counterclaim filed in Delaware case No. 04-1199 (SRL) by Internet Security Systems, Inc. (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E)(vs) (Entered: 05/25/2005) |
| 06/08/2005 | 22 | ORDER granting 8 Motion to Seal Document Response in Opposition to Motion . Signed by Judge Clarence Cooper on 6/8/05 (nunc pro tunc). (vs) (Entered: 06/10/2005) |
| 06/08/2005 | 23 | ORDER granting 4 Motion to Seal Document 5 Exhibits M and N to the Declaration of Motion to Dismiss . Signed by Judge Clarence Cooper on 6/8/05 (nunc pro tunc. (vs) (Entered: 06/10/2005) |
| 06/09/2005 | 24 | ORDER denying as moot 5 Motion to Dismiss and Transferring action to the USDC for the District of Delaware. . Signed by Judge Clarence Cooper on 6/9/05. (vs) (Entered: 06/13/2005) |
| 06/13/2005 |  | Case transferred to District of USDC District of Delaware. Original file, certified copy of transfer order and docket sheet sent. (vs) (Entered: 06/13/2005) |
| 06/13/2005 |  | Civil Case Terminated. (vs) (Entered: 06/13/2005) |