

Richard H. Abramson
Vice President, Legal & Business Affairs
General Counsel

April 28, 2004

Mr. Richard Macchia
Sr. Vice-President and
 Chief Financial Officer
Internet Security Systems, Inc.
6303 Barfield Road
Atlanta, Georgia  30328

Re: SRI Network Security Patents

Dear Mr. Macchia:

I have received no reply to my letter to you of April 2, 2004. In that letter, SRI notified ISS that ISS is infringing a number of patents owned by SRI, and proposed that representatives of our companies meet in order to determine whether a mutually beneficial solution might be reached.

Please let me know at your earliest opportunity whether ISS wishes to engage in such a discussion. While we understand that a review of the subject patents takes some time, SRI takes intellectual property matters such as this one very seriously, and would like to resolve this situation as expeditiously as possible. I therefore hope to hear from you in the near future. In the meantime, SRI reserves all of its rights in connection with this matter.

Sincerely,

Richard H. Abramson
VP Legal & Business Affairs

RHA/rlr

SRI International
333 Ravenswood Avenue ● Menlo Park, CA 94025
Phone: 650.859.6068 ● Facsimile: 650.859.3834 ● E-mail: richard.abramson@sri.com