SRI Network Security Patents

**Subject:** SRI Network Security Patents
**From:** Richard Abramson <richard.abramson@sri.com>
**Date:** Thu, 06 May 2004 16:31:20 -0700
**To:** spetty@kslaw.com
**CC:** 'Dave Stringer-Calvert' <david.stringer-calvert@sri.com>

```
Dear Scott:

I'm back in the office, and have checked on the file histories.
Unfortunately, we do not have copies on-hand, so you'll need to order
them
from the PTO.

Once you've had an opportunity to do some further due diligence, and
assuming continued agreement between SRI and ISS on the potential
benefits
of a business solution, I suggest we talk further to discuss parameters.
As
I mentioned in our phone conversation the other day, we'd like to
determine
within the next three to four weeks whether agreement can be reached.

If you need further information, or copies of any of the references,
please
feel free to contact me or my colleague, David Stringer-Calvert.

Best regards,

Richard Abramson

VP Legal and Business Affairs
 and General Counsel
SRI International
333 Ravenswood Avenue
Menlo Park, CA 94025
(phone)(650) 859-6068
(fax)(650)859-3834
(email) richard.abramson@sri.com
```