RE: SRI Network Security Patents

**Subject:** RE: SRI Network Security Patents
**From:** "Petty, Scott" <SPetty@KSLAW.com>
**Date:** Mon, 10 May 2004 18:16:45 -0400
**To:** Richard Abramson <richard.abramson@sri.com>
**CC:** Dave Stringer-Calvert <david.stringer-calvert@sri.com>, "Petty, Scott" <SPetty@KSLAW.com>

Richard,

    On behalf of our client, Internet Security Systems, Inc. (ISS), we have made arrangements to obtain copies of the prosecution file histories for the SRI network security patents and copies of the cited prior art references.  We expect to receive the file histories and the cited references from the Patent Office within the next 5-7 business days.

    While we understand that SRI is interested moving quickly with a potential business opportunity, our completion of an assessment of the validity of the SRI patent will be influenced by the time lag in our receipt of the file histories, the number of patents with claims of varying scope (and single published continuation patent application? are other continuations pending?), and the absence of any independent validity assessment by SRI for its patent portfolio.

    We appreciate your offer of assistance. In view of your pending continuation patent application, we ask that you provide us with a copy of any prior art reference that is not cited by the current SRI patents and is known by SRI or its counsel to be relevant to the subject matter disclosed by either the continuation patent application or the current SRI patents.  Likewise, if you (or your outside patent counsel) have supplemental feedback on the validity of the SRI patent claims or the applicability of these claims to products/services in the network security industry, we solicit that feedback from you.

Scott

W. Scott Petty

King & Spalding LLP
191 Peachtree Street, NE
Atlanta, GA 30303-1763

direct:  404-572-2888
fax: 404-572-5145
email:  spetty@kslaw.com