RE: SRI Network Security Patents

**Subject:** RE: SRI Network Security Patents
**From:** Richard Abramson <richard.abramson@sri.com>
**Date:** Tue, 11 May 2004 11:22:30 -0700
**To:** "'Petty, Scott'" <SPetty@KSLAW.com>
**CC:** 'Dave Stringer-Calvert' <david.stringer-calvert@sri.com>

```
Scott:

Thanks for your email. We recognize that you need to conduct due
diligence,
and encourage you to do so. It has been my experience that, no matter how
a
potential licensor might characterize its file histories, the extent of
the
known prior art, or the scope of its issued claims, a potential licensee
needs to examine and satisfy itself on those issues itself. So the
process
as it is currently unfolding is both expected and appropriate.

With respect to our pending published application (Serial # 10/429,611),
the
examiner has cited US Patent No. 5,568,471 to Hershey et al, and US
Patent
No. 6,092,194 to Taboul, neither of which we were aware of previously.
Claims 1-38 of the application have been allowed over this art, but the
examiner has rejected claims 39-88. We believe that both Hershey and
Taboul
are easily distinguishable, and that the remaining claims will issue with
little or no amendment. Again, however, we expect that you'll form your
own
judgment on that score.

At this stage of our discussions, and in the absence of any kind of
confidentiality agreement, we must decline to comment on any pending
applications which have not yet been laid open.

I look forward to hearing from you once you have concluded your review of
these matters.

Best regards,

Richard Abramson

VP Legal and Business Affairs
 and General Counsel
SRI International
333 Ravenswood Avenue
Menlo Park, CA 94025
(phone)(650) 859-6068
(fax)(650)859-3834
(email) richard.abramson@sri.com
```