RE: SRI Network Security Patents

**Subject:** RE: SRI Network Security Patents
**From:** "Petty, Scott" <SPetty@KSLAW.com>
**Date:** Mon, 24 May 2004 16:41:37 -0400
**To:** Richard Abramson <richard.abramson@sri.com>
**CC:** Dave Stringer-Calvert <david.stringer-calvert@sri.com>, "Petty, Scott" <SPetty@KSLAW.com>

```
Richard,

      While we have now obtained copies of the prosecution file
histories for the SRI patents-in-issue, the Patent Office's records are
incomplete for SRI's US Patent No. 6,708,212 and certain prior art
documents and fail to include other cited technical references.

      In view of the incomplete files at the Patent Office, we would
like to accept your offer of providing us with copies of references for
the SRI patents to assist our study of these patents on behalf of our
client, Internet Security Systems, Inc.  We have taken the liberty of
preparing a list of technical references of interest to us (but not
readily available from Patent Office files) based on the citation of
these documents during prosecution of one or more of the SRI patents.
Enclosed is a copy of the reference list.  If you remain willing to
provide us with copies of these references, based on materials available
in SRI files, our firm can make arrangements to reimburse SRI for
reasonable copying and postage expenses incurred in providing document
copies to us.

      In addition, we are interested in obtaining a complete copy of
the prosecution file history for the '212 patent.  Please let us know if
SRI will share with us a complete copy of this file history, given the
incomplete state of the Patent Office's file for this patent.

      We appreciate your assistance in this matter.

W. Scott Petty

King & Spalding LLP
191 Peachtree Street, NE
Atlanta, GA 30303-1763

direct:  404-572-2888
fax: 404-572-5145
email:  spetty@kslaw.com
```