RE: SRI Network Security Patents

**Subject:** RE: SRI Network Security Patents
**From:** Richard Abramson <richard.abramson@sri.com>
**Date:** Thu, 10 Jun 2004 17:50:18 -0700
**To:** '"Petty, Scott"' <SPetty@KSLAW.com>
**CC:** 'Dave Stringer-Calvert' <david.stringer-calvert@sri.com>

Scott:

Please let me know when you and your client will be in a position to discuss
this matter substantively. As you know, we have been very cooperative in
responding to your requests for information, and patient in providing you
with time to review the merits of our claim. And I appreciate your
responsiveness to date as well. But time is passing and I believe the time
is now ripe either for discussing a constructive business solution or
determining that such a solution will not be possible. Please give me a call
at your earliest convenience and let me know whether and how your client
would like to proceed.

Richard Abramson

VP Legal and Business Affairs
 and General Counsel
SRI International
333 Ravenswood Avenue
Menlo Park, CA 94025
(phone)(650) 859-6068
(fax)(650)859-3834
(email) richard.abramson@sri.com

8/30/2004 11:34 AM