RE: Prior Art Products Relevant to Patentability of SRI ...

**Subject:** RE: Prior Art Products Relevant to Patentability of SRI Patents
**From:** Richard Abramson <richard.abramson@sri.com>
**Date:** Mon, 19 Jul 2004 18:21:40 -0700
**To:** "'Petty, Scott'" <SPetty@KSLAW.com>
**CC:** "'Bowen, Sean (ISS Atlanta)'" <SBowen@iss.net>, "'Burks, Sheila (ISS Atlanta)'" <SBurks@iss.net>, 'Dave Stringer-Calvert' <david.stringer-calvert@sri.com>

Scott:

Thanks for your email and attachment. As you know, when we set this July 22
conference call, we all assumed that you'd be sending us this information
last week. In light of the delay, I think we'll need to slip the meeting so
that we have time to review what you've sent us. I am available for a
conference call at 10:00 a.m. PDT on July 28, or at 1:30 p.m. PDT on July
27.  Please let me know whether either of these dates and times work for you
and your clients.

I'll be out of the office the rest of this week, and my assistant Robin is
on vacation this week. Please email your reply to me (I can check it from
home), but please also copy David Stringer-Calvert. Thanks.

Richard