**Subject:** RE: Reschedule Call of August 5 to week of August 9
**From:** Richard Abramson <richard.abramson@sri.com>
**Date:** Fri, 06 Aug 2004 11:16:40 -0700
**To:** "'Petty, Scott'" <SPetty@KSLAW.com>
**CC:** 'Dave Stringer-Calvert' <david.stringer-calvert@sri.com>

```
Scott:

Please send me an email letting me know when on Tuesday the 10th we will do
the call. I'm out through the 9th, but am available on the 10th after 10:30
or so my time.

Richard

-----Original Message-----
From: Petty, Scott [mailto:SPetty@KSLAW.com]
Sent: Thursday, August 05, 2004 9:10 AM
To: Richard Abramson
Cc: Bowen, Sean (ISS Atlanta)
Subject: Reschedule Call of August 5 to week of August 9

Richard,

Sean Bowen, GC at ISS, is not available to participate in the proposed 4:30
East Coast call today.

Please let me know if you are available Tuesday or Wednesday, August 10-11,
for a rescheduled call.


W. Scott Petty

King & Spalding LLP
191 Peachtree Street, NE
Atlanta, GA 30303-1763

direct:  404-572-2888
fax:     404-572-5145
email:   spetty@kslaw.com




-----Original Message-----
From: Richard Abramson [mailto:richard.abramson@sri.com]
Sent: Monday, July 19, 2004 9:22 PM
To: Petty, Scott
Cc: 'Bowen, Sean (ISS Atlanta)'; 'Burks, Sheila (ISS Atlanta)'; 'Dave
Stringer-Calvert'
```

Subject: RE: Prior Art Products Relevant to Patentability of SRI Patents

Scott:

Thanks for your email and attachment. As you know, when we set this July 22 conference call, we all assumed that you'd be sending us this information last week. In light of the delay, I think we'll need to slip the meeting so that we have time to review what you've sent us. I am available for a conference call at 10:00 a.m. PDT on July 28, or at 1:30 p.m. PDT on July 27. Please let me know whether either of these dates and times work for you and your clients.

I'll be out of the office the rest of this week, and my assistant Robin is on vacation this week. Please email your reply to me (I can check it from home), but please also copy David Stringer-Calvert. Thanks.

Richard

-----Original Message-----
From: Petty, Scott [mailto:SPetty@KSLAW.com]
Sent: Monday, July 19, 2004 5:03 PM
To: Richard Abramson
Cc: Petty, Scott; Bowen, Sean (ISS Atlanta); Burks, Sheila (ISS Atlanta)
Subject: Prior Art Products Relevant to Patentability of SRI Patents
Importance: High

Re:     Prior Art Relevant to Patentability of SRI Patents
        K&S File:  05456.100001

Dear Richard:

        In response to your request that our client, Internet Security Systems, Inc. ("ISS"), produce prior art in support of its invalidity position for certain patents owned by SRI International ("SRI"), we are writing to identify selected prior art products and systems known to ISS as directly relevant to the patentability of the subject matter claimed by these patents. Enclosed is our correspondence (PDF file format) in support of the patent invalidity position.

        We look forward to discussing SRI's licensing proposal with you on Thursday, July 22, 1:30PM (East Coast) in view of the prior art products identified by the enclosed correspondence.

W. Scott Petty

King & Spalding LLP
191 Peachtree Street, NE
Atlanta, GA 30303-1763

direct:  404-572-2888
fax:     404-572-5145
email:   spetty@kslaw.com

Confidentiality Notice This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Confidentiality Notice
This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.