**Subject:** FW: Teleconference Call with SRI
**From:** Richard Abramson <richard.abramson@sri.com>
**Date:** Thu, 02 Sep 2004 10:11:20 -0700
**To:** 'Robin Roof' <robin.roof@sri.com>

```
-----Original Message-----
From: Bowen, Sean (ISS Atlanta) [mailto:SBowen@iss.net]
Sent: Friday, August 13, 2004 1:26 PM
To: Robin Roof
Cc: Richard Abramson
Subject: RE: Teleconference Call with SRI

Thank you Robin. I am recirculating that time, 9-10 PST, noon - 1
EST, to
our folks. I think it will still work. Please let me know the call
in data.
Regards, Sean

-----Original Message-----
From: Robin Roof [mailto:robin.roof@sri.com]
Sent: Friday, August 13, 2004 4:03 PM
To: Bowen, Sean (ISS Atlanta)
Cc: Richard Abramson
Subject: Teleconference Call with SRI


Mr. Bowen:

Richard Abramson has asked me to coordinate with you regarding
setting
up the time for the teleconference call next Friday, August 20th.
Due
to the fact that all SRI participants will be traveling that day in

various areas of the country, the only time available for us to
have the

call is from 9:00 a.m. to 10:00 a.m. Pacific Standard Time.

We can provide a call-in number for all parties for your
convenience.
Please confirm with me that this time will work for you and then I
will
be happy to email everyone with the call-in details.

Sincerely,

Robin Roof
```

FW: Teleconference Call with SRI

```
Assistant to the General Counsel
SRI International
(650) 859-2529
(650) 859-3834, fax
```