EMERALD Technology Documents

**Subject:** EMERALD Technology Documents
**From:** Dave Stringer-Calvert <David.Stringer-Calvert@sri.com>
**Date:** Fri, 20 Aug 2004 14:30:12 -0700
**To:** "Bowen, Sean (ISS Atlanta)" <SBowen@iss.net>
**CC:** Richard Abramson <richard.abramson@sri.com>

```
Sean:

   Thank you for arranging the telephone conversation with the
ISS technical team this morning.  I hope they found it a useful
introduction.  Apologies for the interruptions - with the
heavy travel burden of our technical staff it's always tough
to schedule calls, and one occasionally gets into these less
than optimal in-transit call situations.

   As requested, included below are some pointers to further
technical material relevant to this morning's discussion.  If
your team have any questions, or interest in further information,
please let me know.

   We look forward to following up with you by telephone on
Wednesday morning, 8:30am Pacific/11:30am Eastern.

Best regards,
Dave

--
Dave Stringer-Calvert, Ph.D.
Director of Intellectual Property
SRI International, Menlo Park, CA
(650) 859-3291     davesc@sri.com


This email may contain material that is confidential, privileged
and/or attorney work product for the sole use of the intended
recipient.  Any review, reliance, or distribution by others or
forwarding without express permission is strictly prohibited.
If you are not the intended recipient, please contact the sender
and delete all copies.




EMERALD Technology Links
------------------------

eXpert-BSM (Host-based Intrusion Detection for Sun's Solaris
Operating System):

    http://www.sdl.sri.com/papers/expertbsm-acsac01/
    http://www.sdl.sri.com/papers/pbest-sp99-cr/
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant, | Civil Action No. 04-CV-2402-CC |

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on September 20, 2004, a copy of the within and foregoing **DECLARATION OF RICHARD H. ABRAMSON IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. § 12(b)(1)** was served upon counsel for Plaintiff, properly addressed as designated below:

### VIA HAND DELIVERY

Holmes J. Hawkins, III  
Natasha Horne Moffitt  
King & Spalding  
191 Peachtree Street N.E.  
Atlanta, GA 30303-1763

Attorneys for Plaintiff  
Internet Security Systems, Inc.

_____  
ANN G. FORT