
ORIGINAL


# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 20 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

05 - 405

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., ) | CASE NO.: 04-CV-2402-CC |
| Plaintiff ) | |
| ) | |
| v. ) | Appearing on behalf of: Defendant |
| ) | |
| SRI INTERNATIONAL, INC., a California ) | SRI INTERNATIONAL, INC. |
| Defendant. ) | (Plaintiff/Defendant) |

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## APPLICATION FOR ADMISSION PRO HAC VICE

**Petitioner,** Michael J. Curley, hereby requests permission to appear pro hac vice in the subject case filed in the Atlanta Division of the United States District Court for the Northern District of Georgia. **Petitioner** states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, Northern District of California, and/or the highest Court of the State of California. **Petitioner** states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Georgia. **Petitioner** states that (he/she) has provided fully all information requested on the reverse side of this application. **Petitioner** designates John L. North as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This _15_ day of September, 20 04.

_____
(Signature of **Petitioner**)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, John L. North, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the **Petitioner** fail to respond to any Court order for appearance or otherwise.

This _20th_ day of September, 20 04.

545580
Georgia Bar Number

(404) 853-8000
Business Telephone

_____
Signature of Local Counsel

Sutherland Asbill & Brennan LLP (Law Firm)
999 Peachtree Street, N.E. (Business Address)
Atlanta, Georgia 30309-3996 (City, State, Zip)
Same as above (Mailing Address)

**COURTS TO WHICH ADMITTED (Identify Court and Location)**

California Supreme Court, 350 McAllister St., San Francisco, CA 94102 - 04/15/2004

U.S. District Court, N.D. California, 450 Golden Gate Ave., San Francisco, CA 94102 - 05/05/2004

# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 15, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, MICHAEL JAMES CURLEY was admitted to the practice of law in this state by the Supreme Court of California on April 15, 2004; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant, | Civil Action No.<br>04-CV-2402-CC |

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on September 20, 2004, a copy of the within and foregoing **APPLICATION FOR ADMISSION PRO HAC VICE FOR MICHAEL J. CURLEY,** was served upon counsel, properly addressed as designated below:

### VIA HAND DELIVERY

Holmes J. Hawkins, III
Natasha Horne Moffitt
King & Spalding
191 Peachtree Street N.E.
Atlanta, GA 30303-1763

Attorneys for Plaintiff
Internet Security Systems, Inc.

_____
ANN G. FORT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



04-CV-2402-CC

Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of September _____, 20 04 .

_____
UNITED STATES DISTRICT JUDGE

***

| | |
|---|---|
| **NAME OF PETITIONER:** | Michael J. Curley |
| **Residence Address:** | 450 Franklin St. |
| | Mountain View, CA 94041 |
| **Business Address:** | Fish & Richardson P.C. |
| | Firm/Business Name |
| | 500 Arguello St., Ste. 500, Redwood City, CA 94063 |
| | Street Address / City / State / Zip Code |
| | Mailing Address if Other Than Street Address |
| | (650) 839-5070 |
| | Telephone Number (Include area code) |