ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

SEP 20 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



05 - 405

| | | |
|---|---|---|
| INTERNET SECURITY SYSTEMS, INC. | ) | |
| **Plaintiff** | ) | CASE NO.: 04 CV 2402 - CC |
| | ) | |
| v. | ) | Appearing on behalf of: SRI INTERNATIONAL |
| | ) | |
| SRI INTERNATIONAL, INC. | ) | |
| **Defendant.** | ) | (Plaintiff/**Defendant**) |

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner,* Howard G. Pollack _____, hereby requests permission to appear pro hac vice in the subject case filed in the ATLANTA _____ Division of the United States District Court for the Northern District of Georgia. *Petitioner* states under penalty of perjury that (he/she) is a member in good standing of the Bar of the following United States Court, U.S. District Court, N.D. California _____, and/or the highest Court of the State of California _____. *Petitioner* states further that (he/she) is not eligible for admission under Local Rule 83.1A and that (he/she) does not reside or maintain an office for the practice of law in the State of Georgia. *Petitioner* states that (he/she) has provided fully all information requested on the reverse side of this application. *Petitioner* designates John L. North of Sutherland Asbill & Brennan __ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

This 15th ___ day of September _____, 20 04.

_____
(Signature of *Petitioner*)

## CONSENT OF DESIGNATED LOCAL COUNSEL

I, John L. North _____, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This ____ day of September _____, 20 04.

545580 _____
Georgia Bar Number

(404) 853-8000 _____
Business Telephone

_____
Signature of Local Counsel

SUTHERLAND ASBILL & BRENNAN LLP _____ (Law Firm)

999 Peachtree Street, N.E. _____ (Business Address)

Atlanta, GA 30309-3996 _____ (City, State, Zip)

same as above _____ (Mailing Address)

**COURTS TO WHICH ADMITTED (Identify Court and Location)**

Supreme Court of California, 350 McAllister St., Room 1295, San Francisco, CA 94102 - 12/22/1992

Federal Ciruit Court, 717 Madison Pl., N.W., Washington, DC 20439 - 08/02/1994

U.S. District Court, N.D. California, 450 Golden Gate Ave, San Francisco, CA 94102 - 03/02/1995

U.S. District Court, C.D. California, 312 N. Spring Street, Los Angeles, CA 90012 - 06/09/1995

U.S. District Court, E.D. California, 501 I Street, Sacramento, CA 95814 - 03/29/1999



# THE STATE BAR OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

September 15, 2004

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, HOWARD GLENN POLLACK was admitted to the practice of law in this state by the Supreme Court of California on December 22, 1992; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Waffa N. Salfiti
Custodian of Membership Records

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant, | Civil Action No.<br>04-CV-2402-CC |

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on September 20, 2004, a copy of the within and foregoing **APPLICATION FOR ADMISSION PRO HAC VICE FOR HOWARD G. POLLACK**, was served upon counsel, properly addressed as designated below:

### VIA HAND DELIVERY

Holmes J. Hawkins, III　　　　　　Attorneys for Plaintiff
Natasha Horne Moffitt　　　　　　Internet Security Systems, Inc.
King & Spalding
191 Peachtree Street N.E.
Atlanta, GA  30303-1763

_____
ANN G. FORT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



04-CV-2402 - CC
_____
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20\_04\_\_.


_____
UNITED STATES DISTRICT JUDGE

***

NAME OF PETITIONER:   Howard G. Pollack

Residence Address:    101 Yale Road, Menlo Park, CA 94025


Business Address:     Fish & Richardson P.C.
                      Firm/Business Name
                      500 Arguello St., #500, Redwood City, CA 94063
                      Street Address    City    State    Zip Code

                      Mailing Address if Other Than Street Address
                      (650) 839-5070
                      Telephone Number (include area code)