ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, ) ) ) Plaintiff, ) ) v. ) ) SRI INTERNATIONAL, INC., ) a California Corporation, ) ) Defendant. ) | CIVIL ACTION NO.: 1:04-CV-2402-CC |

**MOTION FOR ORDER ALLOWING FILING UNDER SEAL
AND MEMORANDUM IN SUPPORT THEREOF**

NOW COMES INTERNET SECURITY SYSTEMS, INC. ("ISS"), plaintiff in the above-captioned action, and files this motion seeking an Order allowing ISS to file under seal materials that contain information disclosed by SRI International, Inc. ("SRI") and ISS during pre-litigation negotiations pursuant to a Nondisclosure Agreement. (See Ex. H attached to the Decl. of Richard H. Abramson in Supp. of SRI's Mot. to Dismiss ("Abramson Decl.")). The materials ISS seeks to file under seal are entitled "Plaintiff Internet Security Systems, Inc.'s Memorandum in Opposition to SRI International, Inc.'s Motion to Dismiss



Pursuant to Rule 12(b)(1)," "Declaration of Sean Bowen," and "Declaration of W. Scott Petty" and are submitted herewith in a sealed envelope.

The parties' Nondisclosure Agreement governs disclosures made by either party under the agreement from July 8, 2004 through September 30, 2004, and requires that the parties shall treat as confidential "all discussions and negotiations among the parties regarding the ... potential patent licensing arrangement and/or settlement, and documents prepared therefor and provided in connection therewith." (Abramson Decl. Ex. H ¶¶ 1, 13).

Because the aforementioned materials contain information relayed during the discussions and negotiations between the parties concerning a possible settlement to their dispute, the Nondisclosure Agreement requires that ISS treat the information as confidential, and therefore submit these documents to the Court under seal. Thus, ISS respectfully requests that the Court enter the proposed Order Allowing Filing Under Seal, which is submitted concurrently herewith.

[SIGNATURE ON THE FOLLOWING PAGE]

Respectfully submitted, this 4th day of October, 2004.

        KING & SPALDING LLP

        */s/ Natasha H. Moffitt*
        Holmes J. Hawkins III
          (Georgia Bar No. 338681)
        Natasha H. Moffitt
          (Georgia Bar No. 367468)
        191 Peachtree Street, Suite 4900
        Atlanta, Georgia 30303
        Tel:  (404) 572-4600
        Fax:  (404) 572-5145

        Attorneys for Plaintiff
        INTERNET SECURITY SYSTEMS, INC.

## CERTIFICATE OF COMPLIANCE

I hereby certify, pursuant to Local Rules 5.1.B and 7.1 of the Northern District of Georgia, that the foregoing "Motion For Order Allowing Filing Under Seal And Memorandum In Support Thereof" was prepared in 14-point Times New Roman font.

This 4th day of October, 2004.

_Natasha H. Moffitt_
Natasha H. Moffitt

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **Motion For Order Allowing Filing Under Seal And Memorandum In Support Thereof** upon Defendant by causing a true and correct copy thereof to be served by hand delivery to Defendant's counsel of record as follows:

>John L. North
>Ann G. Fort
>Sutherland Asbill & Brennan LLP
>999 Peachtree Street, N.E.
>Atlanta, Georgia 30309

and by causing a true and correct copy thereof to be deposited in the United States Mail, postage prepaid, addressed to Defendant's counsel of record as follows:

>Howard G. Pollack
>Michael J. Curley
>Fish & Richardson
>500 Arguello Street
>Suite 500
>Redwood City, California 94063

This 4th day of October, 2004.

_____
Natasha H. Moffitt