RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

**ORIGINAL**

OCT - 4 2004

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | CIVIL ACTION NO.: 1:04-CV-2402-CC |

## ORDER ALLOWING FILING UNDER SEAL

This matter having come before the Court on the "Motion For Order Allowing Filing Under Seal" filed by plaintiff Internet Security Systems, Inc. ("ISS"); and

It appearing that ISS desires to file with this Court "Plaintiff Internet Security Systems, Inc.'s Memorandum in Opposition to SRI International, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(1)," the "Declaration of Sean Bowen," and the "Declaration of W. Scott Petty" under seal pursuant to a Nondisclosure Agreement entered into between ISS and defendant SRI International, Inc. ("SRI"); and

It further appearing that ISS has represented to the Court that the aforementioned materials contain information disclosed by ISS and SRI pursuant to the Nondisclosure Agreement, and that good cause has been shown for the filing thereof under seal;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT "Plaintiff Internet Security Systems, Inc.'s Memorandum in Opposition to SRI International, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(1)," the "Declaration of Sean Bowen," and the "Declaration of W. Scott Petty" shall be filed under seal and shall not be opened or the contents thereof displayed or revealed except by further order of the Court.

SO ORDERED, this _____ day of _____, 2004.

_____
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO.: 1:04-CV-2402-CC ) ) |
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **Order Allowing Filing Under Seal** upon Defendant by causing a true and correct copy thereof to be served by hand delivery to Defendant's counsel of record as follows:

> John L. North
> Ann G. Fort
> Sutherland Asbill & Brennan LLP
> 999 Peachtree Street, N.E.
> Atlanta, Georgia 30309

and by causing a true and correct copy thereof to be deposited in the United States Mail, postage prepaid, addressed to Defendant's counsel of record as follows:

Howard G. Pollack
Michael J. Curley
Fish & Richardson
500 Arguello Street
Suite 500
Redwood City, California 94063

This 4th day of October, 2004.

        KING & SPALDING LLP

        */s/ Natasha H. Moffitt*
        Natasha H. Moffitt
        (Georgia Bar No. 367468)
        191 Peachtree Street, Suite 4900
        Atlanta, Georgia 30303
        Tel: (404) 572-4600
        Fax: (404) 572-5145

        Attorneys for Plaintiff
        INTERNET SECURITY SYSTEMS, INC.