**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**

*Internet Security Systems, Inc.*
*v.*
*SRI International*

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 5 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

04-CV-2402 - CC
Civil/Criminal Action Number

05 - 405

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This 5th day of October, 2004.

_____
UNITED STATES DISTRICT JUDGE

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

***

**NAME OF PETITIONER:** Howard G. Pollack

**Residence Address:** 101 Yale Road, Menlo Park, CA 94025

**Business Address:** Fish & Richardson P.C.
Firm/Business Name

500 Arguello St., #500, Redwood City, CA 94063
Street Address — City — State — Zip Code

Mailing Address if Other Than Street Address

(650) 839-5070
Telephone Number (Include area code)

