UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

OCT 12 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk



04-CV-2402-CC
_____
Civil/Criminal Action Number

### ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This __12th__ day of __October__, 20__04__.

RECEIVED JUN 16 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

_____
UNITED STATES DISTRICT JUDGE

\*\*\*

**NAME OF PETITIONER:** Michael J. Curley

**Residence Address:** 450 Franklin St.

Mountain View, CA 94041

**Business Address:** Fish & Richardson P.C.
Firm/Business Name

500 Arguello St., Ste. 500, Redwood City, CA 94063
Street Address    City    State    Zip Code

Mailing Address if Other Than Street Address

(650) 839-5070
Telephone Number (Include area code)

10