**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) CIVIL ACTION NO.: 1:04-CV-2402-CC ) |
| SRI INTERNATIONAL, INC., a California Corporation, | ) ) ) |
| Defendant. | ) ) |

05 - 405

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF INTERESTED PERSONS**

INTERNET SECURITY SYSTEMS, INC. ("ISS"), Plaintiff in the above-captioned matter, and SRI INTERNATIONAL, INC. ("SRI"), Defendant in the above-captioned matter, pursuant to Local Rule 3.3, hereby submit this Certificate of Interested Persons.

(1) The undersigned Counsel of Record for the parties to this action certify that the following is a full and complete list of all parties in this action:

Plaintiff: Internet Security Systems, Inc., a Georgia corporation, with its principal place of business in Atlanta, Georgia.

Defendant: SRI International, Inc., a California corporation, with its principal place of business in Menlo Park, California.

(2) The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

For Plaintiff:

1.  Internet Security Systems, Inc., a Delaware corporation;

2.  Internet Security Systems (Latin America), Inc.;

3.  Internet Security Systems Canada, Inc.;

4.  Cobion AG;

5.  Cobion Corp.;

6.  Cobion (UK) Ltd.;

7.  Internet Security Systems BV;

8.  Internet Security Systems Gmbh;

9.  Internet Security Systems Iberia SL;

10. Internet Security Systems, KK;

11. Internet Security Systems Ltd.;

12. Internet Security Systems Ltda.;

13. Internet Security Systems, Pty. Ltd;

14. Internet Security Systems Nordic AB;

15. Internet Security Systems NV;

16. Internet Security Systems Sarl;

17. Internet Security Systems Srl;

2

18.   Internet Security Systems, S. de R.L. de C.V.;

19.   ISS Group, Inc.;

20.   ISS Internet Security Systems Pte, Ltd (Singapore);

21.   ISS Investment Holdings, Inc.;

22.   ISS Middle East LLC; Egypt

23.   ISSX AG;

24.   NetworkICE Corporation;

25.   TriSecurity Holdings Pte. Ltd (Singapore);

26.   TriSecurity Pte. Ltd (Singapore);

27.   vCIS, Inc.; and

28.   vCIS Pty. Ltd.

For Defendant:

1.   Sarnoff Corporation (a New Jersey Corporation);

2.   SRI Consulting, Inc. (a California Corporation);

3.   SRI Holdings, Inc. (a California Corporation); and

4.   Technology Venture Management, Inc. (a California Non-profit Public Benefit Corporation).

(3) The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

Holmes J. Hawkins III
    Ga. Bar No. 338681
Natasha H. Moffitt
    Ga. Bar No. 367468
KING & SPALDING LLP
191 Peachtree Street
Atlanta, Georgia 30303
Telephone:  (404) 572-4600
Facsimile:  (404) 572-5100

Theresa Moehlman
Jeffrey D. Blake
KING & SPALDING LLP
1185 Avenue of the Americas
New York, New York 10036-4003
Telephone:  (212) 556-2100
Facsimile:  (212) 556-2222

For Defendant:

John L. North
    Ga. Bar No. 545580
Ann G. Fort
    Ga. Bar No. 269995
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Telephone:  (404) 853-8000
Facsimile:  (404) 853-8806

Howard G. Pollack, admitted pro hac vice
Michael J. Curley, admitted pro hac vice
FISH & RICHARDSON PC
500 Arguello Street
Suite 500
Redwood City, California 94063
Telephone:  (650) 839-5070
Facsimile:  (650) 839-5071

Frank E. Scherkenbach*
FISH & RICHARDSON PC
225 Franklin Street
Boston, Massachusetts 02110-2804
Telephone:  (617) 521-7883
Facsimile:  (617) 542-8906
*pro hac vice to be submitted

[SIGNATURES ON THE FOLLOWING PAGE]

Respectfully submitted, this 20th day of October, 2004.

KING & SPALDING LLP                    SUTHERLAND ASBILL & BRENNAN LLP


_Natasha H. Moffitt_                    _Ann G. Fort / w/ express permission NHM_

Holmes J. Hawkins III                   John L. North
 (Ga. Bar No. 338681)                    (Ga. Bar No. 545580)
Natasha H. Moffitt                      Ann G. Fort
 (Ga. Bar No. 367468)                    (Ga. Bar No. 269995)
191 Peachtree Street                    999 Peachtree Street, N.E.
Atlanta, Georgia 30303-1763             Atlanta, Georgia 30309
Tel: (404) 572-4600                     Tel.: (404) 853-8000
Fax: (404) 572-5145                     Fax: (404) 853-8806

                                        OF COUNSEL:
Attorneys for Plaintiff                 Frank E. Scherkenbach*
Internet Security Systems, Inc.         FISH & RICHARDSON PC
                                        225 Franklin Street
                                        Boston, Massachusetts 02110-2804
                                        Tel.: (617) 521-7883
                                        Fax: (617) 542-8906
                                        *pro hac vice to be submitted

                                        Howard G. Pollack (CA Bar No. 162897)
                                        Michael J. Curley (CA Bar No. 230343)
                                        FISH & RICHARDSON PC
                                        500 Arguello Street, Suite 500
                                        Redwood City, California 94063
                                        Tel.: (650) 839-5070
                                        Fax: (650) 839-5071

                                        Attorneys for Defendant
                                        SRI International, Inc.

6

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served the foregoing Certificate of Interested Persons upon Defendant by causing a true and correct copy thereof to be served by electronic mail and to be deposited with the United States Postal Service as first class mail, postage prepaid, in an envelope addressed to Defendant's counsel of record as follows:

John L. North
Ann G. Fort
Sutherland, Asbill & Brennan, LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309
Email: john.north@sablaw.com
       ann.fort@sablaw.com

Frank E. Scherkenbach
Fish & Richardson PC
225 Franklin Street
Boston, Massachusetts 02110-2804
Email: scherkenback@fr.com

Howard G. Pollack
Michael T. Corley
Fish & Richardson PC
500 Arguello Street, Suite 500
Redwood City, California 94063
Email: pollack@fr.com
       corley@fr.com

This 20th day of October, 2004.

Natasha H. Moffitt