**ORIGINAL**



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 18 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant, | 05 - 405<br><br>Civil Action No. 04-CV-2402-CC |

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### SUPPLEMENTAL DECLARATION OF RICHARD H. ABRAMSON IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. § 12(b)(1)

I, Richard H. Abramson, declare as follows:

1. I am the Vice-President of Legal and Business Affairs and General Counsel of SRI International, Inc. ("SRI"). The facts set forth in this supplemental declaration are based on my own personal knowledge, and if called as a witness, I could and would testify competently to such facts.

2. On August 20, 2004, I participated in a conference call between technical and business representatives of ISS and SRI. ISS's General Counsel,

13

Mr. Bowen, ISS's Vice-President of Engineering and CTO, Keith Thompson and two other ISS engineers participated for ISS. David Stringer-Calvert, SRI's director of Intellectual Property, Philip Porras, an SRI program director, Alfonso Valdes, a Senior Computer Scientist at SRI and myself participated for SRI. The purpose of the call was to discuss the current state of SRI's technology, including possible integration with ISS' products and the value of that technology over and above any potential patent license.

3. During the August 20, 2004 teleconference, ISS' representatives asked about the early development history and dates of reduction to practice of the inventions described in SRI's patents.

4. Information regarding the early development of SRI's intrusion detection technology and certainly the specific dates the inventions described in SRI's patents were reduced to practice are in no way relevant to whether ISS could integrate SRI's current technology into its own products or the potential value of SRI's current technology. On the other hand, such information is directly relevant to the priority dates of the patents and thus to their validity.

5. Beginning several months prior to SRI's discussions with ISS, SRI had settlement and licensing discussions with Symantec, Inc. regarding the patents at issue in the present action. Although those discussions failed to achieve an

agreement, at their conclusion SRI did not promptly file suit against Symantec. Instead, SRI chose to pursue licensing discussions with ISS. Only after ISS filed the instant declaratory judgment action did SRI reluctantly conclude that it would require legal action to obtain relief against these two companies.

    I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on October 14, 2004 at Menlo Park, California.

                                           Richard H. Abramson

50241679.doc

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D, the undersigned counsel hereby certifies that the foregoing **SUPPLEMENTAL DECLARATION OF RICHARD H. ABRAMSON IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. § 12(b)(1)** complies with the font and point selections approved by the Court in LR 5.1B. The foregoing Memorandum was prepared on a computer using the Times New Roman font (14 point).

_____
ANN G. FORT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant, | Civil Action No. 04-CV-2402-CC |

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on October 18, 2004 a copy of the within and foregoing **SUPPLEMENTAL DECLARATION OF RICHARD H. ABRAMSON IN SUPPORT OF SRI INTERNATIONAL, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. PROC. §12(b)(1)** was served upon counsel for Plaintiff, properly addressed as designated below:

### VIA HAND DELIVERY

| | |
|---|---|
| Holmes J. Hawkins, III<br>Natasha Horne Moffitt<br>King & Spalding<br>191 Peachtree Street N.E.<br>Atlanta, GA 30303-1763 | Attorneys for Plaintiff<br>Internet Security Systems, Inc. |

_____
ANN G. FORT