FILED IN CLERK'S OFFICE
J.E.D.C. - Atlanta

1:04-CV-2402-CC

05- 405

NOV 12 2004

LUTHER D. THOMAS, Clerk
By: Patsy [signature] Deputy Clerk

\* \* \* \* \* \* \* \* \* \* \* \* \*

PROPOSED SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

_____

_____

_____

_____

IT IS SO ORDERED, this 12th day of November, 2004.

Clarence Cooper
United States District Judge



RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

14