ORIGINAL

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA



DEC -3 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

05 - 405

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., <br> Plaintiff <br><br> v. <br><br> SRI INTERNATIONAL, INC. <br> Defendant. | CASE NO.: 04-CV-2402-CC <br><br> Appearing on behalf of: <br><br> SRI International, Inc. <br> (~~Plaintiff~~/Defendant) |

RECEIVED 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### APPLICATION FOR ADMISSION PRO HAC VICE

Petitioner, **Frank E. Scherkenbach**, hereby requests permission to appear pro hac vice in the subject case filed in the **Atlanta** Division of the United States District Court for the Northern District of Georgia. *Petitioner* states under penalty of perjury that (he/~~she~~) is a member in good standing of the Bar of the following United States Court, **Massachusetts**, and/or the highest Court of the State of **California**. *Petitioner* states further that (he/~~she~~) is not eligible for admission under Local Rule 83.1A and that (he/~~she~~) does not reside or maintain an office for the practice of law in the State of Georgia. *Petitioner* states that (he/~~she~~) has provided fully all information requested on the reverse side of this application. *Petitioner* designates **Ann G. Fort** as local counsel. His/~~her~~ business address is provided below in the Consent of Designated Local Counsel.

This **2nd** day of **December**, 20**04**

_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, **Ann G. Fort**, designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise.

This **3d** day of **December**, 20**04**

**269995**
Georgia Bar Number

_____
Signature of Local Counsel

**(404) 853-8000**
Business Telephone

**Sutherland Asbill & Brennan LLP** (Law Firm)

**999 Peachtree Street, NE** (Business Address)

**Atlanta, GA   30309-3996** (City, State, Zip)

**Same as above** (Mailing Address)

## COURTS TO WHICH ADMITTED (Identify Court and Location)

State of California

California Supreme Court

United States Court of Appeals for the Federal Circuit

United States District Court for the District of Massachusetts

United States District Court for the Northern District of California

United States District Court for the Central District of California

United States District Court for the Eastern District of California

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant, | Civil Action No. 04-CV-2402-CC |

### CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on this day a copy of the **APPLICATION FOR ADMISSION PRO HAC VICE FOR FRANK E. SCHERKENBACH**, was served upon counsel for Plaintiff, properly addressed as designated below:

#### VIA U.S. MAIL

Holmes J. Hawkins, III
Natasha Horne Moffitt
King & Spalding
191 Peachtree Street N.E.
Atlanta, GA 30303-1763

Attorneys for Plaintiff
Internet Security Systems, Inc.

Dated: December 3, 2004

_____
ANN G. FORT

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



04-CV-2402-CC
Civil/Criminal Action Number

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

***

NAME OF PETITIONER:   Frank E. Scherkenbach

Residence Address:    30 Castle View Drive

                      Gloucester, MA  01930

Business Address:     Fish & Richardson P.C.
                      Firm/Business Name

                      225 Franklin Street, Boston, MA  02110
                      Street Address        City         State      Zip Code

                      N/A
                      Mailing Address if Other Than Street Address

                      (617) 542-5070
                      Telephone Number (Include area code)