FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

DEC 8, 2004

LUTHER D. THOMAS, Clerk
By: _____
Deputy Clerk

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA



04-CV-2402-CC
Civil/Criminal Action Number

05- 405

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.1B for admission pro hac vice have been satisfied, **Petitioner's** request to appear pro hac vice in the United States District Court, Northern District of Georgia in the subject case is **GRANTED**.

This 8th day of December, 2004.

_____
UNITED STATES DISTRICT JUDGE

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

***

NAME OF PETITIONER:   Frank E. Scherkenbach

Residence Address:   30 Castle View Drive

   Gloucester, MA  01930

Business Address:   Fish & Richardson P.C.
   Firm/Business Name

   225 Franklin Street,  Boston,  MA  02110
   Street Address   City   State   Zip Code

   N/A
   Mailing Address if Other Than Street Address

   (617) 542-5070
   Telephone Number (Include area code)

16