**ORIGINAL**



FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

APR 26 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | 05 - 405<br><br><br>Civil Action No. 1:04-CV-2402-CC |



RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**NOTICE OF FILING OF MOTION FOR LEAVE TO
AMEND THE COMPLAINT IN RELATED CASE**

Pursuant to the instructions of this Court following the teleconference held on April 22, 2005, Declaratory Judgment Defendant SRI International, Inc. ("SRI") hereby notifies this Court that it has filed the Motion to Amend Its Complaint to Add Defendant Internet Security Systems, Inc., a Georgia Corporation attached hereto as Exhibit 1 in the District Court for the District of Delaware, along with SRI's Memorandum in Support of this Motion, attached hereto as Exhibit 2. The purpose of these filings is to add Internet Security Systems, Inc., a Georgia Corporation ("ISS-GA") as a Defendant in SRI's patent

infringement action already pending in the Delaware District against Internet Security Systems, Inc., a Delaware Corporation ("ISS-DE") and Symantec. These documents were filed and served on April 25, 2005.

As this Court is aware, the Delaware court denied ISS-DE's motion to dismiss or sever and transfer the case against it to the Northern District of Georgia on April 13, 2005. When the Delaware court permits SRI's proposed amendment to add ISS-GA to that action, all the same parties present in ISS-GA's premature and improper declaratory judgment action against SRI will be present in the Delaware action.

All the truly disputed issues will be heard in the Delaware action as well. The Amended Complaint against ISS-GA and ISS-DE accuses the ISS entities of infringing only two of SRI's patents, while ISS-GA seeks a declaratory judgment of non-infringement or invalidity on five of SRI's patents. This fact further demonstrates that ISS-GA prematurely concluded that SRI intended to sue for infringement of all five patents, and that its declaratory judgment action therefore ought to be dismissed. Also, of the five patents asserted by ISS-GA, four are being asserted in the Delaware action, either against ISS-DE or against Symantec. If ISS-GA still believes it is entitled to a declaratory judgment on patents that it is not accused of infringing, it can bring that counterclaim in the Delaware action.

For all of these reasons, the Delaware action provides the proper forum for litigating all claims between SRI and the ISS entities, and pursuing the Georgia action would needlessly duplicate the efforts of the parties and of the Courts.

Respectfully submitted, April 26, 2005.

By: _____
John L. North (GA Bar No. 545580)
Ann G. Fort (GA Bar No. 269995)
Sutherland Asbill & Brennan LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
Facsimile: (404) 853-8806

Howard G. Pollack
  (CA Bar No. 162897)
Michael J. Curley
  (CA Bar No. 230343)
500 Arguello Street, Suite 500
Redwood City, California 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Frank E. Scherkenbach
  (MA Bar No. 653819)
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Attorneys for Defendant
SRI INTERNATIONAL, INC.

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D, the undersigned counsel hereby certifies that the foregoing **NOTICE OF FILING OF MOTION FOR LEAVE TO AMEND THE COMPLAINT IN RELATED CASE** complies with the font and point selections approved by the Court in LR 5.1B. The foregoing Notice was prepared on a computer using the Times New Roman font (14 point).

_____
ANN G. FORT

## CERTIFICATE OF SERVICE

The undersigned counsel of record hereby certifies that on this day a copy of the within and foregoing **NOTICE OF FILING OF MOTION FOR LEAVE TO AMEND THE COMPLAINT IN RELATED CASE** was served upon counsel, properly addressed as designated below:

> VIA HAND DELIVERY
>
> Holmes J. Hawkins, III
> Natasha Horne Moffitt
> King & Spalding LLP
> 191 Peachtree Street N.E.
> Atlanta, GA  30303-1763

Dated this 26th day of April, 2005

_____
ANN G. FORT