IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>Defendant. | Civil Action No. 1:04-CV-2402-CC<br><br>05 -  405 |

## NOTICE OF ORDER GRANTING MOTION
## TO AMEND THE COMPLAINT IN RELATED CASE

Pursuant to the instructions of this Court following the teleconference held on April 22, 2005, Declaratory Judgment Defendant SRI International, Inc. ("SRI") hereby notifies this Court that on May 4, 2005, the Delaware District Court granted SRI's Motion to Amend Its Complaint to Add Defendant Internet Security Systems, Inc., a Georgia Corporation, pursuant to Stipulation. The Delaware court's notice of this order is Exhibit A hereto.

Pursuant to that order, the deadline for answering the Amended Complaint is May 23, 2005.



Respectfully submitted, May 5, 2005.

        By: s/Ann G. Fort
           John L. North (GA Bar No. 545580)
           Ann G. Fort (GA Bar No. 269995)
           Sutherland Asbill & Brennan LLP
           999 Peachtree Street, N.E.
           Atlanta, Georgia 30309-3996
           Telephone: (404) 853-8000
           Facsimile: (404) 853-8806

           Howard G. Pollack
             (CA Bar No. 162897)
           Michael J. Curley
             (CA Bar No. 230343)
           500 Arguello Street, Suite 500
           Redwood City, California 94063
           Telephone: (650) 839-5070
           Facsimile: (650) 839-5071

           Frank E. Scherkenbach
             (MA Bar No. 653819)
           Fish & Richardson P.C.
           225 Franklin Street
           Boston, MA 02110-2804
           Telephone: (617) 542-5070
           Facsimile: (617) 542-8906

        Attorneys for Defendant
        SRI INTERNATIONAL, INC.

## CERTIFICATE OF COMPLIANCE

Pursuant to LR 7.1D, the undersigned counsel hereby certifies that the foregoing **NOTICE OF ORDER GRANTING MOTION TO AMEND THE COMPLAINT IN RELATED CASE** complies with the font and point selections approved by the Court in LR 5.1B. The foregoing Notice was prepared on a computer using the Times New Roman font (14 point).

s/Ann F. Fort<br>
ANN G. FORT

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF ORDER GRANTING MOTION TO AMEND THE COMPLAINT IN RELATED CASE** with the Clerk of the Court using CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

      VIA HAND DELIVERY

      Holmes J. Hawkins, III
      Natasha Horne Moffitt
      King & Spalding LLP
      191 Peachtree Street N.E.
      Atlanta, GA  30303-1763

Dated this 5th day of May, 2005

                                            s/Ann G. Fort
                                              ANN G. FORT

# Exhibit A

From: ded_nefreply@ded.uscourts.gov [mailto:ded_nefreply@ded.uscourts.gov]
Sent: Wednesday, May 04, 2005 2:17 PM
To: ded_ecf@ded.uscourts.gov
Subject: Activity in Case 1:04-cv-01199-SLR SRI International v. Internet Security, et al "SO ORDERED"

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Delaware

Notice of Electronic Filing

The following transaction was received from rld, entered on 5/4/2005 at 2:16 PM EDT and filed on 5/4/2005

**Case Name:**       SRI International v. Internet Security, et al
**Case Number:**     1:04-cv-1199
**Filer:**
**Document Number:**
**Docket Text:**
SO ORDERED, re [35] Stipulation filed by SRI International Inc.,and [33] MOTION to Amend/Correct [1] Complaint filed by SRI International Inc.,, Set/Reset Answer Deadlines: Internet Security Systems, Inc. answer due 5/23/2005; Symantec Corporation answer due 5/23/2005. Signed by Judge Sue L. Robinson on 5/3/05. (rld, )

The following document(s) are associated with this transaction:

**1:04-cv-1199 Notice will be electronically mailed to:**

Timothy Devlin tdevlin@fr.com, manis@fr.com

Richard K. Herrmann rherrmann@morrisjames.com,

Richard L. Horwitz rhorwitz@potteranderson.com, dmoore@potteranderson.com;nmcmenamin@potteranderson.com;achin@potteranderson.com;mbaker@potteranderson.com;ebroyles@potteranderson.com;kharris@potteranderson.com

**1:04-cv-1199 Notice will be delivered by other means to:**