**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta
MAY 24 2005
LUTHER D. THOMAS, Clerk
Deputy Clerk

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, <br><br> Plaintiff, <br><br> v. <br><br> SRI INTERNATIONAL, INC., a California Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.: 1:04-CV-2402-CC <br> ) <br> ) <br> ) 05 - 405 <br> ) <br> ) <br> ) |

## NOTICE OF FILING

NOW COMES INTERNET SECURITY SYSTEMS, INC., plaintiff in the above-captioned action, and, pursuant to Rule 5(d) of the Federal Rules of Civil Procedure, hereby files the "Answer and Counterclaims of Internet Security Systems, Inc., A Georgia Corporation" (the "Delaware Answer"), as filed on May 23, 2005 in *SRI International, Inc. v. Internet Security Systems, Inc. et al.*, Case No. 04-1199 (SLR) (D. Del.). A copy of the Delaware Answer is attached hereto as Exhibit 1.



RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



21

-2-

Respectfully submitted, this 24th day of May, 2005.

        KING & SPALDING LLP

        */s/ Natasha H. Moffitt*
        Holmes J. Hawkins III
          (Ga. Bar No. 338681)
        Natasha H. Moffitt
          (Ga. Bar No. 367468)
        191 Peachtree Street
        Atlanta, Georgia 30303-1763
        Ph:  (404) 572-4600
        Fax: (404) 572-5145

        Attorneys for Plaintiff
        INTERNET SECURITY SYSTEMS, INC.