**ORIGINAL**

RECEIVED IN CLERK'S OFFICE
Atlanta

OCT - 4 2004

LUTHER D. THOMAS, Clerk
Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 8 2005

LUTHER D. THOMAS, Clerk
By: Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation, ) ) ) | 05 - 405 |
| Plaintiff, ) ) | |
| v. ) ) | CIVIL ACTION NO.: 1:04-CV-2402-CC |
| SRI INTERNATIONAL, INC., a California Corporation, ) ) ) ) | |
| Defendant. ) | |

## ORDER ALLOWING FILING UNDER SEAL

This matter having come before the Court on the "Motion For Order Allowing Filing Under Seal" filed by plaintiff Internet Security Systems, Inc. ("ISS"); and

It appearing that ISS desires to file with this Court "Plaintiff Internet Security Systems, Inc.'s Memorandum in Opposition to SRI International, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(1)," the "Declaration of Sean Bowen," and the "Declaration of W. Scott Petty" under seal pursuant to a Nondisclosure Agreement entered into between ISS and defendant SRI International, Inc. ("SRI"); and

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

It further appearing that ISS has represented to the Court that the aforementioned materials contain information disclosed by ISS and SRI pursuant to the Nondisclosure Agreement, and that good cause has been shown for the filing thereof under seal;

NOW, THEREFORE, IT IS HEREBY ORDERED THAT "Plaintiff Internet Security Systems, Inc.'s Memorandum in Opposition to SRI International, Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(1)," the "Declaration of Sean Bowen," and the "Declaration of W. Scott Petty" shall be filed under seal and shall not be opened or the contents thereof displayed or revealed except by further order of the Court.

SO ORDERED, this 8th day of June, 2005.

GRANTED Nunc Pro Tunc.

_Clarence Cooper_
CLARENCE COOPER
UNITED STATES DISTRICT JUDGE