ORIGINAL

RECEIVED CLERK'S OFFICE

SEP 2 0 2004

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 8 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

INTERNET SECURITY SYSTEMS,
INC., a Georgia Corporation,

   Plaintiff,

v.

SRI INTERNATIONAL, INC., a
California Corporation,

   Defendant

Civil Action No. 04-CV-2402-CC

05 - 405

### ORDER GRANTING SRI INTERNATIONAL, INC.'S
### MOTION TO FILE UNDER SEAL

This Court having read and considered defendant's Motion to File Under Seal, and having found good cause therefor,

IT IS HEREBY ORDERED that defendant may file under seal Exhibits M and N to the Declaration of Richard H. Abramson in Support of SRI International, Inc.'s Motion to Dismiss Pursuant to Fed. R. Civ. Proc. § 12(b)(1)

Dated June 8, 2005 ~~September ___, 2004~~.

cc GRANTED Nunc Pro Tunc

_____
CLARENCE COOPER
Judge, United States District Court

RECEIVED
JUN 16 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE