# SRI International
# Computer Science Laboratory



## Technical Reports (Since 1987)

Fast Links: <u>1996</u> | <u>1995</u> | <u>1994</u> | <u>1993</u> | <u>1992</u> | <u>1991</u> | <u>1990</u> | <u>1989</u> | <u>1988</u> | <u>1987</u> | <u>Troubleshooting</u>



Note: Only CSL Technical Reports are listed here: for papers and books, follow the links in the "Programs and Activities" or "CSL Staff Members" sections on CSL's <u>Home Page</u>. Reports prior to 1987 are not listed here, but some are still available. We are striving to make all our recent technical reports available electronically, however most reports before 1994 are available only in hard copy

To receive hard copies of SRI-CSL reports contact:

```
Judith Burgess                    Phone  (415) 859-5924
Computer Science Laboratory       FAX    (415) 859-2844
SRI International                 email  burgess@csl.sri.com
333 Ravenswood Ave.
Menlo Park, CA 94025, USA
```

---

## 1996

- SRI-CSL-96-01, January 1996
  *An Overview of Enclaves 1.0*, by Li Gong.

- SRI-CSL-96-03, June 1996
  *Gateway Based Approach for Conducting Multiparty Multimedia Sessions over Heterogeneous Signaling Domaines*, by Madhu Sudan and Nachum Shacham. [Abstract and Postscript.]

- SRI-CSL-96-05, May 1996
  *Architectures and Formal Representations for Secure Systems*, by Peter G. Neumann. [Abstract and Postscript.]

- SRI-CSL-96-06, June 1996 *GLU Programmer's Guide, Version 1*, by R. Jagannathan and Chris Dodd. (Replaces SRI-CSL-94-06). [Abstract]

- SRI-CSL-96-09, November 1996
  *Automated Theorem Proving by Test Set Induction*, by Adel Bouhoula. [Abstract]

## 1995

- SRI-CSL-95-01, March 1995
  *Formal Methods and their Role in the Certification of Critical Systems* by John Rushby. abstract, dvi or postscript

- SRI-CSL-95-02, January 1995
  *Adaptive Fault-Resistant Systems* by Jack Goldberg, Ira Greenberg, Raymond Clark, E. Douglas Jensen, Kane Kim, and Douglas M. Wells. abstract

- SRI-CSL-95-03, January 1995
  *Mechanized Formal Verification - Seven Papers* by David Cyrluk, Patrick Lincoln, Steven P. Miller, Paliath Narendran, Sam Owre, Sreeranga Rajan, John Rushby, Natarjan Shankar, Jens Ulrik Skakkebaek, Mandayam Srivas, and Friedrich von Henke. abstract

    1. *Formal Verification for Fault-Tolerant Architectures: Prolegomena to the Design of PVS* by Sam Owre, John Rushby, Natarajan Shankar, and Friedrich von Henke, from IEEE Transactions on Software Engineering, Vol. 21, No. 2, pp. 107-125, February 1995. abstract, dvi or postscript

    2. *Formal Verification of an Interactive Consistency Algorithm for the Draper FTP Architecture Under a Hybrid Fault Model,* by Patrick Lincoln and John Rushby, from Compass '94 (Washington DC, June). abstract, dvi or postscript

    3. *A Formally Verified Algorithm for Clock Synchronization Under a Hybrid Fault Model,* by John Rushby, presented at PODC '94 (Los Angeles, August 94). abstract, dvi or postscript

    4. *Towards a Duration Calculus Proof Assistant in PVS,* by Jens Ulrick Skakkebaek and Natarajan Shankar, presented at the Symposium on Formal Techniques for Real-Time and Fault-Tolerant Systems, Germany, 1994. abstract, dvi or postscript

    5. *Ground Temporal Logic: A Logic for Hardware Verification,* by David Cyrluk and Paliath Narendran, presented at CAV '94 (Stanford, CA, June). abstract or postscript only

    6. *Effective Theorem Proving for Hardware Verification,* by David Cyrluk, Sreeranga Rajan, Natarajan Shankar, and Mandayam Srivas, presented at the 2nd International Conference on Theorem Provers in Circuit Design, September 1994. abstract or postscript

    7. *Formal Verification of the AAMP5 Microprocessor: A Case Study in the Industrial Use of Formal Methods,* by Steven P. Miller and Mandayam Srivas, presented at WIFT '95. abstract and postscript

- SRI-CSL-95-04, July 1995
  *Formal Verification of a Commercial Microprocessor,* Mandayam Srivas and Steven P. Miller. (Available in hard copy only.) abstract

- SRI-CSL-95-05, July 1995
  *Execution Driven Distributed Simulation of Parallel Architectures,* by Livio Ricciulli, Patrick

Lincoln, and Jose Meseguer. abstract and postscript.

- SRI-CSL-95-06, May 1995
  *Detecting Unusual Program Behavior Using the Statistical Component of the Next-generation Intrusion Detection Expert System (NIDES)* by Debra Anderson, Teresa F. Lunt, Harold Javitz, Ann Tamaru, and Alfonso Valdes. (Available in hard copy only.) abstract

- SRI-CSL-95-07, May 1995
  *Next-generation Intrusion Detection Expert System (NIDES). A Summary* Debra Anderson, Thane Frivold, and Alfonso Valdes. (Available in hard copy only.) abstract

- SRI-CSL-95-08, July 1995
  *Correct Schema Transformations*, Xiaolei Qian. abstract and postscript

- SRI-CSL-95-09, July 1995
  *Query Folding*, Xiaolei Qian. abstract and postscript

- SRI-CSL-95-10, June 1995
  *A Less Elementary Tutorial for PVS Specification and Verification System*, John M. Rushby and David W.J. Stringer-Calvert. abstract

- SRI-CSL-95-11, July 1995
  *Architecture and Techniques for Fast Computer Tomography*, Iskender Agi. (Available in hard copy only ) abstract

- SRI-CSL-95-12, June 1995, Rev. April 1996
  *Analyzing Tabular and State-Transition Specifications in PVS*, Sam Owre, Natarajan Shankar and John Rushby. abstract

- SRI-CSL-95-17, December 1995 *Finite-State Analysis of Space Shuttle Contingency Guidance Requirements*, Judith Crow. abstract and postscript

- SRI-CSL-95-18, November 1995
  *View-Based Access Control with High Assurance*, Xiaolei Qian. abstract and postscript

## 1994

- SRI-CSL-94-01, January 1994
  *General Logics and Logical Frameworks* by Narciso Martí-Oliet and José Meseguer. abstract

- SRI-CSL-94-02, April 1994
  *Semantic Interoperation: A Query Mediation Approach* by Xiaolei Qian and Teresa Lunt. abstract

- SRI-CSL-94-03, March 1994
  *Elements of Trusted Multicasting* by Li Gong and Nachum Shacham. abstract or abstract or postscript

- SRI-CSL-94-04, March 1994

*Implementing Adaptive Fault-Tolerant Services for Hybrid Faults* by Jack Goldberg and Li Gong. abstract or abstract or postscript

- SRI-CSL-94-05, April 1994
  *A Formal Approach to Correct Refinement of Software Architectures* by Mark Moriconi, Xiaolei Qian, and Robert Riemenschneider.
  (superseded by SRI-CSL-94-13) abstract

- SRI-CSL-94-06, May 1994
  *GLU Programmer's Guide* by R. Jagannathan and Christopher Dodd abstract

- SRI-CSL-94-07, April 1994
  *Action and Change in Rewriting Logic* by Narciso Marti-Oliet and José Meseguer. abstract

- SRI-CSL-94-08, May 1994
  *New Protocols for Third-Party-Based Authentication and Secure Broadcast* by Li Gong. (Also includes two other papers) abstract or abstract or postscript

- SRI-CSL-94-09, July 1994
  *Correctness and Composition of Software Architectures* by Mark Moriconi and Xiaolei Qian. (Not yet published)

  SRI-CSL-94-10, October 1994
  *Transformations in High-Level Synthesis: Formal Specification and Efficient Mechanical Verification* by P. Sreeranga Rajan. abstract or postscript

- SRI-CSL-94-11, May 1994
  *Specification, Transformation, and Programming of Concurrent Systems in Rewriting Logic* by Patrick Lincoln, Narciso Marti-Oliet and José Meseguer abstract

- SRI-CSL-94-12, August 1994
  *A Policy Framework for Multilevel Relational Databases* by Xiaolei Qian and Teresa F. Lunt. abstract

- SRI-CSL-94-13, August 1994
  *A Formal Approach to Correct Refinement of Software Architectures* by M. Moriconi, X. Qian, and R. A. Riemenschneider. (Not yet published. Will supersede 94-05.)

  SRI-CSL-TR-94-14, October 1994
  *Fail-Stop Protocols: An Approach to Designing Secure Protocols* by Li Gong. abstract or postscript

  SRI-CSL-TR-94-15, October 1994
  *Efficient Network Authentication Protocols: Lower Bounds and Optimal Implementations* by Li Gong. abstract or postscript

---

**1993**

- SRI-CSL-93-01, March 1993
  *Critical System Properties: Analysis and Taxonomy* by John Rushby. abstract, postscript

- SRI-CSL-93-02, March 1993
  *A Formally Verified Algorithm for Interactive Consistency under a Hybrid Fault Model* by Patrick Lincoln and John Rushby. abstract, dvi or postscript

- SRI-CSL-93-03, May 1993
  *Multidimensional Problem Solving in Lucid* by A. A. Faustini and R. Jagannathan. abstract,
- SRI-CSL-93-04, May 1993
  *Eight Papers on Formal Verification* by Patrick Lincoln, Sam Owre, Natarajan Shankar, John Rushby, and Friedrich von Henke. abstract,
  1. *Formal Verification for Fault-Tolerant Architectures: Some Lessons Learned* abstract, dvi or postscript
  2. *Formal Verification of Algorithms for Critical Systems* abstract, dvi or postscript
  3. *Mechanical Verification of a Schematic Byzantine Fault-Tolerant Clock Synchronization Algorithm* abstract, dvi or postscript
  4. *Formal Specification and Verification of a Fault-Masking and Transient-Recovery Model for Digital Flight-Control Systems* abstract, dvi or postscript
  5. *PVS: A Prototype Verification System* abstract, dvi or postscript
  6. *A Formally Verified Algorithm for Interactive Consistency Under a Hybrid Fault Model* abstract, dvi or postscript
  7. *The Formal Verification of an Algorithm for Interactive Consistency under a Hybrid Fault Model* abstract, dvi or postscript
  8. *Verification of Real-Time Systems Using PVS* abstract, dvi or postscript

- SRI-CSL-93-05, Aug. 1993
  *Rewriting Logic as a Logical and Semantic Framework* by Narciso Martí-Oliet and José Meseguer.

- SRI-CSL-93-06, November 1993
  *A Model-Theoretic Semantics of the Multilevel Secure Relational Model* by Xiaolei Qian.

- SRI-CSL-93-07, November 1993
  *Formal Methods and the Certification of Critical Systems* by John Rushby. abstract, dvi or postscript

- SRI-CSL-93-08, Dec. 1993
  *A Lazy Approach to Compositional Verification* by N. Shankar. abstract, dvi or postscript

- SRI-CSL-93-09, Dec. 1993
  *Abstract Datatypes in PVS* by N. Shankar. abstract, dvi or postscript

- SRI-CSL-93-10, Dec. 1993
  *A Duration Calculus Proof Checker: Using PVS as a Semantic Framework* by J.U. Skakkebaek and N. Shankar. abstract, dvi or postscript

- SRI-CSL-93-11, Dec. 1993
  *Linear Logic and Proof Theory: Three Papers* by Patrick Lincoln, Andre Scedrov, N. Shankar, and Timothy Winkler.

- SRI-CSL-93-12, Dec. 1993
  *Microprocessor Verification in PVS: A Methodology and Simple Example* by David Cyrluk. abstract, or postscript only

- SRI-CSL-93-13, December 1993
  *The Complexity and Composability of Secure Interoperation* by Li Gong and Xiaolei Qian. dvi

## 1992

- SRI-CSL-92-01, January 1992
  *Formal Verification of an Oral Messages Algorithm for Interactive Consistency,* by John Rushby. abstract, dvi or postscript

- SRI-CSL-92-02, January 1992
  *Noninterference, Transitivity, and Channel-Control Security Policies* by John Rushby. abstract, dvi or postscript

- SRI-CSL-92-03, March 1992 (Draft only)
  *Introducing OBJ* by Joseph A. Goguen, Timothy Winkler, José Meseguer, Kokichi Futatsugi, and Jean-Pierre Jouannaud.

- SRI-CSL-92-04, March 1992
  *Survey of Object-Oriented Analysis/Design Methodologies and Future CASE Frameworks* by Donovan Hsieh.

- SRI-CSL-92-05, April 1992
  *A Real-Time Intrusion-Detection Expert System (IDES)* by Teresa F Lunt, Ann Tamaru, Fred Gilham, R Jagannathan, Caveh Jalali, and Peter G. Neumann.

- SRI-CSL-92-06, May 1992
  *Multiparadigm Logic Programming* by José Meseguer

- SRI-CSL-92-07, July 1992
  *Simulation and Performance Estimation for the Rewrite Rule Machine* by Hitoshi Aida, Joseph A Goguen, Sany Leinwand, Patrick Lincoln, José Meseguer, Babak Taheri, and Timothy Winkler.

- SRI-CSL-92-08 July 1992
  *A Logical Theory of Concurrent Objects and its Realization in the Maude Language* by José Meseguer

- SRI-CSL-92-09, Sept. 1992
  *On the Semantics of Place/Transition Petri Nets* by José Meseguer, Ugo Montanari, and Vladimiro Sassone.

- SRI-CSL-92-11, Sept. 1992
  *Using Rewriting Logic to Specify, Program, Integrate and Reuse Open Concurrent Systems of Cooperating Agents* by José Meseguer, K. Futatsugi, and Timothy Winkler.

- SRI-CSL-92-12, November, 1992
  *Mechanized Verification of Real-Time Systems Using PVS*, by N. Shankar. abstract, dvi or postscript

- SRI-CSL-92-13, December, 1992
  *GLu: A Hybrid Language for Parallel Applications Programming* by R. Jagannathan and A.A. Faustini.

- SRI-CSL-92-14, December, 1992
  *Solving the Inheritance Anomaly in Concurrent Object-Oriented Programming* by José Meseguer.

- SRI-CSL-92-15, December 1992
  *A Logical Semantics for Object-Oriented Databases* by José Meseguer and Xiaolei Qian.

## 1991

- SRI-CSL-91-01, February 1991
  *Multilevel Security for Knowledge Based Systems* by Thomas D. Garvey and Teresa F. Lunt.

- SRI-CSL-91-02, February 1991
  *An Introduction to Formal Specification and Verification Using EHDM*, by John Rushby, Friedrich von Henke, and Sam Owre. abstract, dvi or postscript

- SRI-CSL-91-03, June 1991
  *Formal Specification and Verification of a Fault-Masking and Transient-Recovery Model for Digital Flight-Control Systems*, by John Rushby. abstract, dvi or postscript

- SRI-CSL-91-04, June 1991
  *Mechanical Verification of a Schematic Protocol for Byzantine Fault-Tolerant Clock Synchronization*, by N. Shankar. abstract, dvi or postscript

- SRI-CSL-91-05, February 1991
  *Conditional Rewriting Logic as a Unified Model of Concurrency*, by José Meseguer.

- SRI-CSL-91-06, March 1991
  *Final Algebras, Cosemicomputable Algebras, and Degrees of Unsolvability*, by Lawrence S. Moss, José Meseguer, and Joseph A. Goguen.

- SRI-CSL-91-07, April 1991
  *From Petri Nets to Linear Logic Through Categories. A Survey*, by Narciso Martí-Oliet and José Meseguer.

- SRI-CSL-91-08, November 1991
  *Parallel Programming in Maude*, by José Meseguer and Timothy Winkler.

## 1990

- SRI-CSL-90-01, February 1990
  *Duality in Closed and Linear Categories* by Narciso Martí-Oliet and José Meseguer.

- SRI-CSL-90-02R, February 1990, Revised June 1990
  *Rewriting as a Unified Model of Concurrency* by José Meseguer.

- SRI-CSL-90-03, February 1990
  *Compiling Concurrent Rewriting onto the Rewrite Rule Machine* by Hitoshi Aida, Joseph Goguen, and José Meseguer.

- SRI-CSL-90-04, August, 1989
  *Secure Knowledge-Based Systems* by Teresa F. Lunt and Jonathan K. Millen.

- SRI-CSL-90-06, June, 1990
  *Order-Sorted Algebra Solves the Constructor-Selector, Multiple Representation and Coercion Problems* by José Meseguer and Joseph Goguen.

- SRI-CSL-90-07, July, 1990
  *A Logical Theory of Concurrent Objects* by José Meseguer.

- SRI-CSL-90-08, August, 1990
  *Decision Problems for Propositional Linear Logic* by Patrick Lincoln, John Mitchell, Andre Scedrov, and Natarajan Shankar. dvi

- SRI-CSL-90-09, October, 1990
  *On Location. Points about Regions* by Judith S. Crow and Peter B. Ladkin. abstract, or postscript only

- SRI-CSL-90-10, October 1990
  *On the Design of Dependable Computer Systems for Critical Applications* by Peter G. Neumann.

- SRI-CSL-90-11, November, 1990
  *The GLU Programming Language* by A.A. Faustini and R. Jagannathan.

- SRI-CSL-90-12, November, 1990
  *Axiomatizing the Algebra of Net Computation and Processes* by Pierpaolo Degano, José Meseguer, and Ugo Montanari.

- SRI-CSL-90-13, December 1990
  *Semantic Specifications for the Rewrite Rule Machine* by Joseph A. Goguen.

- SRI-CSL-90-14, November 1990
  *Conditional Rewriting Logic: Deduction, Models and Concurrency* by José Meseguer.

- SRI-CSL-90-15, December 1990
  *A Logic to Unify Semantic Network Knowledge Systems with Object-Oriented Database Models* by Donovan Hsieh.

- SRI-CSL-90-16, December 1990
  *Inclusions and Subtypes* by Narciso Martí-Oliet and José Meseguer.

- SRI-CSL-90-17, December 1990
  *Architectural Design of the Rewrite Rule Machine Ensemble* by Hitoshi Aida, Sany Leinwand, and José Meseguer.

---

# 1989

- SRI-CSL-89-1 January 1989
  *An Intensional Parallel Processing Language for Applications Programming* by E.A. Ashcroft, A.A. Faustini, and R. Jagannathan

- SRI-CSL-89-2 January 1989
  *Dataflow-based Methodology for Coarse-Grain Multiprocessing on a Network of Workstations* by R. Jagannathan, Alan Downing, William Zaumen, and Rosanna Lee

- SRI-CSL-89-3R February 1989
  Formal Verification of the Interactive Convergence Clock Synchronization Algorithm using EHDM by John Rushby and Friedrich von Henke. abstract, dvi or postscript

- SRI-CSL-89-4R March 1989, Rev. June 1989
  *From Petri Nets to Linear Logic* by Narciso Martí-Oliet and José Meseguer.

- SRI-CSL-89-5 March 1989
  *General Logics* by José Meseguer.

- SRI-CSL-89-6 March 1989
  *The Rewrite Rule Machine Project* by Joseph Goguen, José Meseguer, Sany Leinwand, Timothy Winkler, and Hitoshi Aida.

- SRI-CSL-89-8 July 1989
  *A Categorical Manifesto* by Joseph A. Goguen

- SRI-CSL-89-9 Sept. 1989
  *A Practical Approach to Semantic Configuration Management* by Mark Moriconi

- SRI-CSL-89-10 July 1989
  *Order-Sorted Algebra I - Equational Deduction for Multiple Inheritance, Overloading, Exceptions and Partial Operations* by Joseph A. Goguen and José Meseguer.

- SRI-CSL-89-11, December 1989
  *An Algebraic Axiomatization of Linear Logic Models* by Narciso Martí-Oliet and José Meseguer.

---

# 1988

- SRI-CSL-88-1, January 1988
  *Higher Order Functions Considered Unnecessary for Higher Order Programming* by Joseph Goguen.

- SRI-CSL-88-2R2, January 1988
  *What is Unification? A Categorical View of Substitution, Equation and Solution* by Joseph Goguen.

- SRI-CSL-88-3R, January 1988
  *Petri Nets Are Monoids* by José Meseguer and Ugo Montanari.

- SRI-CSL-88-4R2, August 1988
  *OBJ as a Theorem Prover with Applications to Hardware Verification* by Joseph Goguen.

- SRI-CSL-88-5, May 1988
  *A Descriptive and Prescriptive Model for Dataflow Semantics* by R. Jagannathan.

- SRI-CSL-88-7R, June 1988
  *Quality Measures and Assurance for AI Software* by John Rushby. abstract, dvi or postscript

- SRI-CSL-88-10R Sept 1988, Rev. Jan. 1989
  *Cell, Tile, and Ensemble Architecture of the Rewrite Rule Machine* by Joseph A. Goguen, Sany Leinwand, and Timothy Winkler.

- SRI-CSL-88-11 Sept. 1988
  *Software for the Rewrite Rule Machine* by Joseph A. Goguen and José Meseguer.

- SRI-CSL-88-13 Oct. 1988
  *Relating Models of Polymorphism* by José Meseguer.

- SRI-CSL-88-14 Nov. 1988
  *Reasoning about Design Changes* by Mark Moriconi and Gail A. Harrison.

# 1987

- SRI-CSL-87-1, May 1987
  *The Rewrite Rule Machine Project* by Joseph Goguen et al.

- SRI-CSL-87-2, May 1987
  *Concurrent Term Rewriting as a Model of Computation* by Joseph Goguen, Claude Kirchner, and José Meseguer.

- SRI-CSL-87-3, May 1987
  *An Abstract Machine for Fast Parallel Matching of Linear Patterns* by Ugo Montanari and Joseph Goguen.

- SRI-CSL-87-7, July 1987
  *Unifying Functional, Object-Oriented and Relational Programming with Logical Semantics* by Joseph Goguen and José Meseguer.