

Richard H. Abramson
Vice President, Legal & Business Affairs
General Counsel

March 31, 2004

**VIA FEDERAL EXPRESS**

Mr Richard Macchia
Sr Vice-President and
 Chief Financial Officer
Internet Security Systems, Inc
6303 Barfield Road
Atlanta, Georgia 30328

Re  SRI Network Security Patents

Dear Mr Macchia

I am the VP of Legal and Business Affairs and General Counsel of SRI International For over 50 years, SRI has performed research and development work for thousands of government and commercial clients across a wide variety of fields, including information security As discussed more fully below, SRI has a number of fundamental patents in the network-based intrusion detection and prevention area, and we would like to explore with you a productive and mutually-beneficial approach to realizing their value

A little background is probably in order  Over the last decade, SRI has done extensive work for the government in the area of cybersecurity and network-based intrusion detection and prevention  Based upon that work, SRI now has five issued patents and several other pending applications, which cover, among other things, network-based surveillance, hierarchical event monitoring and analysis, and alert detection and management

SRI's patents in this area have record priority dates going back to 1998  The scope and breadth of their claims vary  some are quite broad, while others are more narrowly focused on particular solutions  Based on our analysis of the prior art, as well as the PTO's approval after review of extensive prior art, we believe our claims to be valid

SRI believes that a significant number of network-based security products, both software and appliances, infringe multiple claims of SRI's patents  We intend to embark on a

**SRI International**
333 Ravenswood Avenue • Menlo Park, CA 94025
Phone  650 859 6066 • Facsimile  650 859 3834 • E-mail  richard abramson@sri com

Richard Macchia                                                               Page 2
March 31, 2004

major licensing program, focusing on firewall, IDS and integrated network security software and appliances from major vendors in the field

ISS is one of the companies to whose products -- including without limitation its Proventia™ integrated gateway and network security products and its RealSecure™ network security products-- our patents are relevant. Other ISS products may also be implicated, though we haven't yet done the analysis

We would like to discuss approaches to this situation that have the potential to be mutually beneficial both to ISS and to SRI. In that spirit, and after you and your counsel have had an opportunity to review the patents and their file histories, we would suggest that a meeting be arranged to discuss this matter face-to-face. We would agree, of course, that anything said by either SRI or ISS at such a meeting would be confidential and inadmissible.

I am enclosing copies of SRI's issued patents in this area. The file histories are easily available from the U S Patent Office. If you are unable to find any of the cited prior art, let us know and we would be happy to provide you with a copy

I look forward to hearing from you, and to discussing this matter with you and your team in greater detail. Please be advised that we have initiated discussions regarding this matter with another company, and that there may be only a narrow window during which arrangements involving any kind of exclusivity may be available. If ISS is interested in engaging in discussions of such a nature, therefore, it would be useful to commence those discussions as promptly as possible.

Very truly yours,

*[signature]*

Richard H Abramson
VP Legal & Business Affairs

RHA/rlr

Enclosure