

Richard H Abramson
Vice President, Legal & Business Affairs
General Counsel

April 28, 2004

Mr Richard Macchia
Sr Vice-President and
  Chief Financial Officer
Internet Security Systems, Inc.
6303 Barfield Road
Atlanta, Georgia 30328

Re. SRI Network Security Patents

Dear Mr Macchia

I have received no reply to my letter to you of April 2, 2004 In that letter, SRI notified ISS that ISS is infringing a number of patents owned by SRI, and proposed that representatives of our companies meet in order to determine whether a mutually beneficial solution might be reached.

Please let me know at your earliest opportunity whether ISS wishes to engage in such a discussion While we understand that a review of the subject patents takes some time, SRI takes intellectual property matters such as this one very seriously, and would like to resolve this situation as expeditiously as possible I therefore hope to hear from you in the near future. In the meantime, SRI reserves all of its rights in connection with this matter

Sincerely,

Richard H Abramson
VP Legal & Business Affairs

RHA/rlr

**SRI International**
333 Ravenswood Avenue • Menlo Park, CA 94025
Phone  650 859 6068 • Facsimile  650 859 3834 • E-mail  richard abramson@sri com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the foregoing **Notice of Filing** upon Defendant by causing a true and correct copy to be deposited in the United States Mail, postage prepaid, addressed to Defendant's counsel of record as follows:

> John L. North
> Ann G. Fort
> Sutherland Asbill & Brennan LLP
> 999 Peachtree Street, N.E.
> Atlanta, Georgia 30309
>
> Howard G. Pollack
> Michael J. Curley
> Fish & Richardson
> 500 Arguello Street
> Suite 500
> Redwood City, California 94063

This 24th day of May, 2005.

_Natasha H. Moffitt_
Natasha H. Moffitt