IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERNET SECURITY SYSTEMS, INC., a Georgia Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SRI INTERNATIONAL, INC., a California Corporation,<br><br>　　　　Defendant. | Civil Action No. 05-405 (SLR) |

## ENTRY OF APPEARANCE

Please enter the appearance of FISH & RICHARDSON P.C. as Delaware Counsel for Defendant SRI INTERNATIONAL, INC. This entry of appearance shall not be considered to be a waiver of any jurisdictional defects or defects in service upon defendant. Defendant SRI INTERNATIONAL, INC. specifically reserves all rights to raise jurisdictional or service or statute of limitation defenses which may be available.

Dated: June 29, 2005　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　By: */s/ John F. Horvath*
　　　　　　　　　　　　　　　　John F. Horvath (#4557)
　　　　　　　　　　　　　　　　919 N. Market St., Ste. 1100
　　　　　　　　　　　　　　　　P.O. Box 1114
　　　　　　　　　　　　　　　　Wilmington, DE 19889-1114
　　　　　　　　　　　　　　　　Horvath@r.com
　　　　　　　　　　　　　　　　Telephone: (302) 652-5070
　　　　　　　　　　　　　　　　Facsimile: (302) 652-0607

　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　SRI INTERNATIONAL, INC.

80025425.doc

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2006, I electronically filed the **Entry of Appearance** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

| | |
|---|---|
| Richard L. Horwitz<br>David E. Moore<br>Potter Anderson & Corroon LLP<br>Hercules Plaza<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE  19899 | Attorneys for Plaintiff<br>INTERNET SECURITY SYSTEMS,<br>INC. |

I hereby certify that on June 29, 2005, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Holmes Hawkins, III<br>King & Spalding<br>191 Peachtree Street, N.E.<br>Atlanta, GA  30303-1763 | Attorneys for Plaintiff<br>INTERNET SECURITY SYSTEMS,<br>INC. |

 

                                          */s/ John F. Horvath*
                                          John F. Horvath