

**Sutherland
Asbill &
Brennan** LLP

ATTORNEYS AT LAW

999 Peachtree Street, NE
Atlanta, GA 30309-3996
404.853.8000
fax 404.853.8806
www.sablaw.com

ANN G FORT
DIRECT LINE: 404.853.8493
Internet: ann.fort@sablaw.com

June 27, 2005



RECEIVED
JUN 3 0 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

<u>U.S. MAIL</u>

Mr. Peter T. Dalleo, Clerk
United States District Court, District of Delaware
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801

Attn:  E.L. Strickler, Deputy Clerk

Re:  *Internet Security Systems, Inc. v. SRI International, Inc.*
      Case No. CV 05-405 SLR

Dear Mr. Dalleo:

In response to your letter of June 17, 2005, I am writing to inform you that I will not be appearing as counsel of record for SRI International, Inc. in this matter, transferred recently to the District of Delaware from the Northern District of Georgia. It is my understanding that the Fish & Richardson law firm will be representing SRI, through its Delaware office.

Thank you for your courtesy in this matter. Please contact me if you require any further information.

Sincerely yours,

Ann G. Fort

AGF/gp
cc (by facsimile):
    Howard G. Pollack, Esq.
    Richard H. Abramson, Esq.

Atlanta    ■    Austin    ■    New York    ■    Tallahassee    ■    Washington, DC