IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1199 (SLR) |
| | ) | |
| INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-405 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| SRI INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER OF PARTIAL DISMISSAL**

WHEREAS, on August 5, 2005, SRI International, Inc. ("SRI") granted Internet Security Systems, Inc., a Georgia corporation, and Internet Security Systems, Inc., a Delaware corporation, (collectively, "ISS") a covenant not to sue on United States Patent No. 6,704,874 (the "'874 patent");

NOW, THEREFORE, SRI and ISS, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree to dismiss without prejudice all claims and counterclaims relating to the '874 patent that were asserted against one another in the above-captioned actions.

| FISH & RICHARDSON, P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ John F. Horvath<br>    Timothy Devlin (#4241)<br>    John F. Horvath (#4557)<br>    919 N. Market Street., Ste. 1100<br>    P. O. Box 1114<br>    Wilmington, DE  19899-1114<br>    (302) 652-5070<br><br>*Attorneys for SRI International, Inc.* | By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    P. O. Box 951<br>    Wilmington, DE  19899-0951<br>    (302) 984-6000<br><br>*Attorneys for Internet Security Systems, Inc., a Georgia corporation, and Internet Security Systems, Inc., a Delaware corporation* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

695679 / 28434

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, David E. Moore, hereby certify that on August 19, 2005, the foregoing document was hand delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

**VIA HAND DELIVERY**

Richard K. Herrmann
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899-2306

      I hereby certify that on August 19, 2005, I have Federal Expressed the attached document to the following non-registered participants:

**VIA FEDERAL EXPRESS**

Paul S. Grewal
Day Casebeer Madrid & Batchelder LLP
20300 Stevens Creek Boulevard
Suite 400
Cupertino, CA 95014

                  /s/ David E. Moore
                  Richard L. Horwitz
                  David E. Moore
                  Potter Anderson & Corroon LLP
                  Hercules Plaza, 6th Floor
                  1313 North Market Street
                  P. O. Box 951
                  Wilmington, DE 19899-0951
                  (302) 984-6000
                  rhorwitz@potteranderson.com
                  dmoore@potteranderson.com

683314