IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SRI INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-1199 (SLR) |
| | ) | |
| INTERNET SECURITY SYSTEMS, INC., a Delaware corporation, INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, and SYMANTEC CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |
| INTERNET SECURITY SYSTEMS, INC., a Georgia corporation, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-405 (SLR) |
| | ) | |
| v. | ) | |
| | ) | |
| SRI INTERNATIONAL, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND ORDER TO CONSOLIDATE**

WHEREAS, on August 5, 2005, SRI International, Inc. ("SRI") granted Internet Security Systems, Inc., a Georgia corporation, and Internet Security Systems, Inc., a Delaware corporation, (collectively, "ISS") a covenant not to sue on United States Patent No. 6,704,874 (the "'874 patent");

WHEREAS, on August 19, 2005, SRI and ISS filed a Stipulation and Order of Partial Dismissal in the above captioned actions concerning the parties' claims and counterclaims relating to the '874 patent;

WHEREAS, the above captioned patent litigations involve the alleged infringement and invalidity of the same patents and also involve the same ISS products;

WHEREAS, the undersigned parties believe the efficient administration of justice would be served by consolidating the above captioned litigations;

NOW, THEREFORE, SRI and ISS, by and through their undersigned attorneys, and subject to the approval of the Court, hereby stipulate and agree that the C.A. No. 05-405 (SLR) litigation shall be consolidated with the C.A. No. 04-1199 (SLR) (lead case) litigation for purposes of litigating the parties' remaining disputes, with the consolidated case to proceed under the Scheduling Order in place in the C.A. No. 04-1199 (SLR) litigation (D.I. 52), with the Scheduling Teleconference scheduled for August 23, 2005 in the C.A. No. 05-405 (SLR) litigation to be cancelled.

| FISH & RICHARDSON, P.C. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ John F. Horvath<br>Timothy Devlin (#4241)<br>John F. Horvath (#4557)<br>919 N. Market Street., Ste. 1100<br>P. O. Box 1114<br>Wilmington, DE 19899-1114<br>(302) 652-5070<br><br>*Attorneys for SRI International, Inc.* | By: /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br><br>*Attorneys for Internet Security Systems, Inc., a Georgia corporation, and Internet Security Systems, Inc., a Delaware corporation* |

MORRIS JAMES HITCHENS & WILLIAMS LLP

By: /s/ Richard K. Herrmann
    Richard K. Herrmann (#405)
    222 Delaware Avenue, 10th Floor
    P.O. Box 2306
    Wilmington, DE 19899-2306

*Attorneys for Symantec Corporation*

        SO ORDERED this _____ day of _____, 2005.


                                                  _____
                                                United States District Judge

695678 / 28434